| Fill in this information to identify the case: | | |
|---|---|---|
| United States Bankruptcy Court for the: | | |
| NORTHERN DISTRICT OF GEORGIA | | |
| Case number *(if known)* | Chapter | **11** |

☐ Check if this is an amended filing

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **1291 Britain Dr PCPRE, LLC d/b/a Britain Village** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **85-3304799** |
| 4. | **Debtor's address** | **Principal place of business** **1291 Britain Drive** **Lawrenceville, GA 30044** Number, Street, City, State & ZIP Code  **Gwinnett** County | **Mailing address, if different from principal place of business** **12945 Seminole Blvd., A200** **Largo, FL 33778** P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business** **1291 Britain Drive Lawrenceville, GA 30044** Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | https://www.britainvillageapts.com |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: |

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 1

Debtor **1291 Britain Dr PCPRE, LLC d/b/a Britain Village**     Case number (*if known*) _____
   Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

■ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

Debtor **1291 Britain Dr PCPRE, LLC d/b/a Britain Village**  Case number (*if known*) _____

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | **215 Paper Mill Rd PCPRE, LLC** | Relationship | **affiliate** |
| District | **N.D.Ga** | When | **5/05/25** |
| | | Case number, if known | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
- ☐ No
- ☐ Yes. Insurance agency _____
  Contact name _____
  Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  **1291 Britain Dr PCPRE, LLC d/b/a Britain Village**  Case number (*if known*)
Name

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **May 5, 2025**
MM / DD / YYYY

**X** **/s/ Randy Lawrence**                                    **Randy Lawrence**
Signature of authorized representative of debtor                Printed name

Title  **Authorized Officer**

**18. Signature of attorney**

**X** **/s/ Ashley Reynolds Ray**                               Date **May 5, 2025**
Signature of attorney for debtor                                MM / DD / YYYY

**Ashley Reynolds Ray 601559**
Printed name

**Scroggins, Williamson & Ray, P.C.**
Firm name

**4401 Northside Parkway**
**Suite 230**
**Atlanta, GA 30327**
Number, Street, City, State & ZIP Code

Contact phone **404-893-3880**        Email address **aray@swlawfirm.com**

**601559 GA**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | 1291 Britain Dr PCPRE, LLC d/b/a Britain Village |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  May  5, 2025          X  /s/ Randy Lawrence
                                   Signature of individual signing on behalf of debtor

                                   **Randy Lawrence**
                                   Printed name

                                   **Authorized Officer**
                                   Position or relationship to debtor

Official Form 202                 Declaration Under Penalty of Perjury for Non-Individual Debtors

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **1291 Britain Dr PCPRE, LLC d/b/a Britain Village** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF GEORGIA** |
| Case number (if known): | |

☐ Check if this is an amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Evolution Reinforcing  1751 Sacketts Dr  Lawrenceville, GA 30043 | Ricardo Ordonez  Admin@evolutionreinforcing.com  (678) 615-1078 | Balance due for services rendered | | | | $27,151.91 |
| Drew Eckl Farnham  303 Peachtree St, NE  Ste 3500  Atlanta, GA 30308 | Matt Nanninga  NanningaM@deflaw.com  (404) 885-6221 | Balance due for services rendered | | | | $18,960.00 |
| M&B General Contractors LLC  780 Riverview Lane  Winder, GA 30680-3147 | Miguel Soto  Mbcontracting21@gmail.com  (724) 757-9885 | Balance due for services rendered | | | | $18,645.00 |
| Clean 2 Go Services LLC  2065 Waycross Lane  Dacula, GA 30019 | Billy Arrieta  clean2go2021@gmail.com  (470) 408-8454 | Balance due for services rendered | | | | $18,475.00 |
| Dispo Depot LLC dba Renters Reference Se  2323 Perimeter Park Dr  Suite 120  Atlanta, GA 30341 | Brian Burkhalter  info@dispo-depot.com  (770) 458-0729 | Balance due for services rendered | | | | $9,743.00 |
| 44 Appliance & Supply Co, Inc.  8105 Cobb Center Dr  C  Kennesaw, GA 30152 | Sabrina Foster  SabrinaFoster@appliancesupply.com  (770) 426-5144 | Balance due for services rendered | | | | $8,907.80 |

Debtor **1291 Britain Dr PCPRE, LLC d/b/a Britain Village**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Waste Management of Atlanta** P.O. Box 4648 Payment Processing Carol Stream, IL 60197-4648 | **John Monroe** accounting@wm.com (855) 852-7110 | **Balance due for services rendered** | | | | $6,004.77 |
| **Landscape Mgmt Services, Inc** PO Box 2021 Tucker, GA 30085 | **Ben McMillan** Thorin@lmsatlanta.com (770) 939-6450 | **Balance due for services rendered** | | | | $5,800.00 |
| **Chadwell Supply, Inc.** PO Box 105172 Atlanta, GA 30348-5172 | **Jody Carder** Jody.Carder@ChadwellSupply.com (678) 293-8454 | **Balance due for services rendered** | | | | $5,180.17 |
| **Jackson EMC** P.O. Box 166023 Altamonte Springs, FL 32716-6023 | **Miley Gotez** info@jacksonemc.com (770) 963-6166 | **Balance due for services rendered** | | | | $4,440.07 |
| **Sesmas Tree Service LLC** 1530 Purcell Rd Lawrenceville, GA 30043-5729 | **Bo Ark** info@sesmastreeservice.com (678) 896-8352 | **Balance due for services rendered** | | | | $2,500.00 |
| **Rent Group Inc.** PO Box 740925 Atlanta, GA 30374-0925 | **David Johnson** Billing@rent.com (678) 421-3000 | **Balance due for services rendered** | | | | $1,212.27 |
| **Robert P. Hein, PC** 2970 Clairmont Road N.E. Ste 220 Brookhaven, GA 30329 | **Kathy Clairmont** info@roberthein.com (404) 633-5114 | **Balance due for services rendered** | | | | $1,175.50 |
| **Reynolds Restoration Group** PO Box 870295 Stone Mountain, GA 30087 | **Maurice Reynolds** info@reynoldsrestorationgroup.com (678) 508-6278 | **Balance due for services rendered** | | | | $1,030.00 |
| **Initech Plumbing LLC dba 1-Tom-Plumber** 332 Swanson Dr Suite A Lawrenceville, GA 30043 | **Becky Flower** Lawrenceville@1tomplumber.com (678) 782-8891 | **Balance due for services rendered** | | | | $976.00 |

| Debtor | 1291 Britain Dr PCPRE, LLC d/b/a Britain Village | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Apartments.com<br>2563 Collection Center Dr<br>Chicago, IL 60693 | Matthew Blocher<br><br>mblocher@costar.com<br>(202) 346-6775 | Balance due for services rendered | | | | $778.00 |
| Ellis Management Services, Inc<br>4545 Fuller Dr<br>Suite 406<br>Irving, TX 75038 | Claudia Meneses<br><br>accounting@gracehill.com<br>(972) 256-3767 | Balance due for services rendered | | | | $609.96 |
| Alpha Creek Services LLC<br>3690 Holcomb Bridge Road<br>Peachtree Corners, GA 30092 | Jake Dawson<br><br>jdawson@alphacreek.com<br>(404) 445-4717 x2700 | Balance due for services rendered | | | | $476.00 |
| Titan Pest Solutions, Inc<br>PO Box 1002<br>Holly Springs, GA 30142-1002 | John Johnson<br><br>John@titanpest.com<br>(770) 727-8660 | Balance due for services rendered | | | | $250.00 |
| Banyan Utility<br>P.O. Box 86531<br>San Diego, CA 92138-6229 | Jackie Atallah<br><br>JAtallah@BanyanUtility.com<br>(800) 266-0968 x 746 | Balance due for services rendered | | | | $250.00 |

# United States Bankruptcy Court
## Northern District of Georgia

In re   **1291 Britain Dr PCPRE, LLC d/b/a Britain Village**                          Case No.
                                        Debtor(s)                                     Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Authorized Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **May  5, 2025**                        **/s/ Randy Lawrence**
                                                **Randy Lawrence**/**Authorized Officer**
                                                Signer/Title

```
44 Appliance & Supply Co, Inc.
8105 Cobb Center Dr
C
Kennesaw, GA 30152



A-1 Fire Extinguisher, Inc.
P.O. Box 48413
Athans, GA 30604



Alpha Creek Services LLC
3690 Holcomb Bridge Road
Peachtree Corners, GA 30092



Apartments.com
2563 Collection Center Dr
Chicago, IL 60693



Banyan Utility
P.O. Box 86531
San Diego, CA 92138-6229



BetterNOI
2900 Monarch Lakes Bvd
Suite 201
Miramar, FL 33027



Chadwell Supply, Inc.
PO Box 105172
Atlanta, GA 30348-5172



Clean 2 Go Services LLC
2065 Waycross Lane
Dacula, GA 30019



Dispo Depot LLC dba Renters Reference Se
2323 Perimeter Park Dr
Suite 120
Atlanta, GA 30341
```

```
Drew Eckl Farnham
303 Peachtree St, NE
Ste 3500
Atlanta, GA 30308



Ellis Management Services, Inc
4545 Fuller Dr
Suite 406
Irving, TX 75038



Evolution Reinforcing
1751 Sacketts Dr
Lawrenceville, GA 30043



Federal Nat'l Mortgage Assoc.
419 Belle Air Lane
Warrenton, VA 20186



Gwinnett Co. Tax Commissioner
PO Box 372
Lawrenceville, GA 30046



Gwinnett Co. Water Resources
PO Box 105023
Atlanta, GA 30348-5023



Initech Plumbing LLC dba 1-Tom-Plumber
332 Swanson Dr
Suite A
Lawrenceville, GA 30043



Jackson EMC
P.O. Box 166023
Altamonte Springs, FL 32716-6023



Landscape Mgmt Services, Inc
PO Box 2021
Tucker, GA 30085
```

```
M&B General Contractors LLC
780 Riverview Lane
Winder, GA 30680-3147



Radix Software, Inc
7150 E Camelback Rd
Suite #333
Scottsdale, AZ 85251



Rent Group Inc.
PO Box 740925
Atlanta, GA 30374-0925



Reynolds Restoration Group
PO Box 870295
Stone Mountain, GA 30087



Robert P. Hein, PC
2970 Clairmont Road N.E.
Ste 220
Brookhaven, GA 30329



Sesmas Tree Service LLC
1530 Purcell Rd
Lawrenceville, GA 30043-5729



Titan Pest Solutions, Inc
PO Box 1002
Holly Springs, GA 30142-1002



Waste Management of Atlanta
P.O. Box 4648
Payment Processing
Carol Stream, IL 60197-4648
```