6/24/2025 10:50 AM

Britain Village (8britt)

# Balance Sheet

Period = May 2025

Book = Cash

| | Current Balance |
|---|---:|
| **1-1000-0000  ASSETS** | |
| | |
| 1-1000-0100   CURRENT ASSETS: | |
| 1-1001-0000   CASH | |
| 1-1010-0000      Petty Cash | 150.00 |
| 1-1020-0000      Cash - Operating Account | 133,021.27 |
| 1-1020-1000      Cash - Operating Account- Prior MGMT | 73,454.40 |
| 1-1022-0000      Cash - Excess Account | 84,794.20 |
| 1-1040-0000      Cash - Security Deposit Acct | 14,399.50 |
| 1-1060-0000      Cash - Renovation | 4,647.87 |
| 1-1110-0000      Mortgage Escrows - Tax Escrow | 36,885.19 |
| 1-1120-0000      Mortgage Escrows - Insurance Escrow | 43,438.78 |
| 1-1140-0000      Mortgage Escrows - Replacement Reserve | 60,866.93 |
| 1-1150-0000      Mortgage Escrows - Repair Escrow | 303,466.95 |
| 1-1160-0000      Mortgage Escrows - Construction Reserve | -13,881.82 |
| 1-1199-9999   TOTAL CASH | 741,243.27 |
| | |
| 1-1200-0000   RECEIVABLES | |
| 1-1210-0000      Accounts Receivable - Tenants | 36,612.49 |
| 1-1295-0000      Other Receivables | 3,203.55 |
| 1-1299-9998   TOTAL RECEIVABLES | 39,816.04 |
| | |
| 1-1300-0000   PREPAID EXPENSES | |
| 1-1301-0000      Prepaid Property Insurance | 97,656.00 |
| 1-1310-0000      Prepaid Expenses - Other | 4,933.25 |
| 1-1395-0000      Income Accrual | 3,513.25 |
| 1-1399-9995   TOTAL PREPAID EXPENSES | 106,102.50 |
| 1-1499-9999   TOTAL CURRENT ASSETS | 887,161.81 |
| | |
| 1-1500-0000   FIXED ASSETS | |
| 1-1505-0000      Land Improvements | 700.00 |
| 1-1510-0000      Buildings | 7,487,100.00 |
| 1-1510-6000      Parking Deck | 700.00 |
| 1-1515-0000      Building Improvements | 138,399.16 |
| 1-1517-8500      Capital - HVAC/Mechanical | 4,619.77 |
| 1-1517-8700      Capital - Roofing | 2,100.00 |
| 1-1525-0000      Equipment - Other | 1,000.48 |
| 1-1535-0000      Computer Equipment | 1,669.00 |
| 1-1545-0000      Furniture And Fixtures - Other | 20,230.90 |
| 1-1570-0000      Other Fixed Assets | 137,628.89 |

6/24/2025 10:50 AM

Britain Village (8britt)

# Balance Sheet

Period = May 2025

Book = Cash

|  |  | Current Balance |
|---|---|---:|
| 1-1580-0000 | Accumulated Amortization | 46,088.76 |
| 1-1590-0000 | Less Accumulated Depreciation | 43,419.67 |
| 1-1599-9999 | NET FIXED ASSETS | 7,883,656.63 |
|  |  |  |
| 1-1600-0000 | OTHER ASSETS |  |
| 1-1730-1000 | Due from Related Party | -3,000.00 |
| 1-1990-9999 | TOTAL OTHER ASSETS | -3,000.00 |
|  |  |  |
| **1-1999-9999** | **TOTAL ASSETS** | **8,767,818.44** |

| | | |
|---|---|---:|
| **1-2000-0000** | **LIABILITIES** | |
| | | |
| 1-2001-0000 | SHORT-TERM LIABILITIES | |
| 1-2110-1000 | Accounts Payable- Prior MGMT | 18,775.10 |
| 1-2140-0000 | Tenant Security Dep | 14,900.00 |
| 1-2149-0000 | Deposit Refunds | 3,460.67 |
| 1-2150-2000 | Due to Related Party | 67,926.18 |
| 1-2150-2100 | Due to/from Premier Living US | 827.00 |
| 1-2250-0000 | Accrued Interest Payable | -13,844.67 |
| 1-2260-0000 | Accrued Property Taxes Payable | -35,556.72 |
| 1-2294-0000 | Payroll Liabilities | -1,499.57 |
| 1-2295-0000 | Insurance Claim Payable | 409,036.95 |
| 1-2299-9999 | TOTAL SHORT-TERM LIABILITIES | 464,024.94 |
| | | |
| 1-2300-0000 | LONG-TERM LIABILITIES | |
| 1-2500-0000 | First Mortgage Payable | 5,890,601.66 |
| 1-2540-0001 | Manager Loan | 1,016.00 |
| 1-2999-9999 | TOTAL LONG-TERM LIABILITIES | 5,891,617.66 |
| | | |
| 1-3000-0000 | EQUITY | |
| 1-3103-0000 | Current Cash Flow (Deficit) | 389,437.97 |
| 1-3200-0100 | Contributions | 2,112,240.34 |
| 1-3300-0000 | Partner Withdrawals | -241,535.07 |
| 1-3400-0000 | Retained Earnings | 152,032.60 |
| 1-4599-9999 | TOTAL EQUITY | 2,412,175.84 |
| | | |
| **1-4999-9999** | **TOTAL LIABILITIES & EQUITY** | **8,767,818.44** |