Britain Village (8britt)

## Statement (12 months)

Period = May 2025

Book = Cash

|  |  | May 2025 | Total |
|---|---|---:|---:|
| **1-5010-0000** | **REVENUE** |  |  |
| 1-5100-0000 | RENT REVENUE |  |  |
| 1-5110-0000 | GROSS POTENTIAL RENT |  |  |
| 1-5300-0000 | Market Rent | 99,780.00 | 99,780.00 |
| 1-5310-0000 | Gain (Loss) on Market Rent | -3,363.00 | -3,363.00 |
| 1-5319-9999 | GROSS POTENTIAL RENT | 96,417.00 | 96,417.00 |
| 1-5610-0000 | Less: Vacancy | -11,844.94 | -11,844.94 |
| 1-5640-0000 | Less: Employee Units | -540.00 | -540.00 |
| 1-5660-0000 | Change in Delinquency | -4,453.82 | -4,453.82 |
| 1-5730-0000 | Plus: Prepaid Rent | -2,112.68 | -2,112.68 |
| 1-5799-9999 | NET RENT REVENUE | 77,465.56 | 77,465.56 |
| 1-5800-0000 | OTHER REVENUE |  |  |
| 1-5820-0000 | Month To Month Fee | 233.87 | 233.87 |
| 1-5830-0000 | Pet Fees | 276.52 | 276.52 |
| 1-5832-0000 | Pet Rent | 25.00 | 25.00 |
| 1-5840-0000 | Application Fees | 50.00 | 50.00 |
| 1-5845-0000 | Late Fees | -386.56 | -386.56 |
| 1-5848-0000 | Damage Waiver Fee | 904.71 | 904.71 |
| 1-5850-0000 | NSF Fees | 50.00 | 50.00 |
| 1-5851-0000 | Legal Fees - Income | 27.06 | 27.06 |
| 1-5863-0000 | Trash Income | 564.04 | 564.04 |
| 1-5864-0000 | Water Income | 19,132.13 | 19,132.13 |
| 1-5868-0000 | Pest Control Income | 282.59 | 282.59 |
| 1-5920-0000 | Administration Fee | 300.00 | 300.00 |
| 1-5956-0000 | Renter's Insurance | 45.00 | 45.00 |
| 1-5998-0000 | TOTAL OTHER REVENUE | 21,504.36 | 21,504.36 |
| **1-5999-0000** | **TOTAL REVENUE** | **98,969.92** | **98,969.92** |
| **1-6000-0000** | **EXPENSES** |  |  |
| 1-6100-0000 | REPAIRS & MAINTENANCE |  |  |
| 1-6110-2110 | Make Ready Painting | -6,948.00 | -6,948.00 |
| 1-6110-2300 | Resurfacing | -4,207.00 | -4,207.00 |
| 1-6110-3000 | Plumbing Repairs | -1,280.00 | -1,280.00 |
| 1-6110-8000 | Electrical Repairs | -800.00 | -800.00 |
| 1-6130-3000 | Maintenance Supplies & Repairs | 6.57 | 6.57 |
| 1-6199-9999 | TOTAL REPAIRS & MAINTENANCE | -13,228.43 | -13,228.43 |
| 1-6210-0000 | SALARIES |  |  |
| 1-6211-0000 | Salaries - Regular | 13,301.09 | 13,301.09 |
| 1-6232-0000 | Bonuses | 2,351.68 | 2,351.68 |
| 1-6233-0000 | Overtime Pay | 1,321.72 | 1,321.72 |
| 1-6250-0100 | Payroll Taxes | 1,001.75 | 1,001.75 |
| 1-6250-0200 | Insurance Benefits | 278.04 | 278.04 |
| 1-6250-0400 | Workers Compensation Premium | 369.92 | 369.92 |
| 1-6250-0600 | Other Payroll Expenses | 451.92 | 451.92 |
| 1-6250-9999 | TOTAL SALARIES | 19,076.12 | 19,076.12 |
| 1-6520-0000 | ADMINISTRATIVE EXPENSES |  |  |
| 1-6520-0100 | Accounting Services | 476.00 | 476.00 |

6/24/2025 10:52 AM

Britain Village (8britt)

## Statement (12 months)

Period = May 2025

Book = Cash

| | | May 2025 | Total |
|---|---|---:|---:|
| 1-6520-0150 | Banking Fees | 726.68 | 726.68 |
| 1-6520-0230 | Employee Training & Education | 58.19 | 58.19 |
| 1-6520-0281 | Software Fees | 1,648.92 | 1,648.92 |
| 1-6520-0300 | Office Supplies | 124.80 | 124.80 |
| 1-6520-0320 | Postage | 317.00 | 317.00 |
| 1-6520-9999 | TOTAL ADMINISTRATIVE EXPENSES | 3,351.59 | 3,351.59 |
| | | | |
| 1-6529-9999 | TOTAL CONTROLLABLE EXPENSES | 9,199.28 | 9,199.28 |
| | | | |
| 1-6530-0000 | MANAGEMENT FEES | | |
| 1-6530-0100 | Management Fee | 4,436.92 | 4,436.92 |
| 1-6530-9999 | TOTAL MANAGEMENT FEE | 4,436.92 | 4,436.92 |
| | | | |
| 1-7990-0000 | TOTAL OPERATING EXPENSES | 13,636.20 | 13,636.20 |
| | | | |
| **1-7999-0000** | **NET OPERATING INCOME** | **85,333.72** | **85,333.72** |
| | | | |
| 1-8000-0000 | CAPITAL ITEMS | | |
| 1-8140-0000 | Building Interior Upgrades | 4,207.00 | 4,207.00 |
| 1-8500-0000 | Mechanical/HVAC | 800.00 | 800.00 |
| 1-8550-0000 | Painting | 6,948.00 | 6,948.00 |
| 1-8600-0000 | Plumbing | 1,280.00 | 1,280.00 |
| 1-8999-9999 | TOTAL CAPITAL ITEMS | 13,235.00 | 13,235.00 |
| | | | |
| 1-9170-0000 | NON OPERATING ITEMS | | |
| 1-9180-1000 | Asset Management Fees | 1,971.96 | 1,971.96 |
| 1-9180-3000 | Professional Fees | 66,738.00 | 66,738.00 |
| 1-9199-9998 | TOTAL NON OPERATING ITEMS | 68,709.96 | 68,709.96 |
| | | | |
| **1-9199-9999** | **NET INCOME (LOSS) BEFORE TAX ADJ** | **3,388.76** | **3,388.76** |
| | | | |
| **1-9500-0000** | **NET INCOME (LOSS)** | **3,388.76** | **3,388.76** |