6/24/2025 10:54 AM

## Aged Receivables
Age As Of: 05/31/2025  Post To: 05/2025

| Property | Unit | Resident | Total Unpaid Charges | 0-30 days | 31-60 days | 61-90 days | Over 90 days | Prepays | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 8britt | 1135 | t0282159 | 341.52 | 341.52 | 0.00 | 0.00 | 0.00 | 0.00 | 341.52 |
| 8britt | 1136 | t0282200 | 893.38 | 893.38 | 0.00 | 0.00 | 0.00 | 0.00 | 893.38 |
| 8britt | 1138 | t0282197 | 185.49 | 185.49 | 0.00 | 0.00 | 0.00 | 0.00 | 185.49 |
| 8britt | 1143 | t0282162 | -18.53 | -18.53 | 0.00 | 0.00 | 0.00 | 0.00 | -18.53 |
| 8britt | 1145 | t0282164 | 489.55 | 489.55 | 0.00 | 0.00 | 0.00 | 0.00 | 489.55 |
| 8britt | 1146 | t0303535 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -150.00 | -150.00 |
| 8britt | 1147 | t0296953 | 1,615.00 | 1,615.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,615.00 |
| 8britt | 1154 | t0282171 | 508.03 | 508.03 | 0.00 | 0.00 | 0.00 | 0.00 | 508.03 |
| 8britt | 1155 | t0288857 | 1,736.06 | 1,736.06 | 0.00 | 0.00 | 0.00 | 0.00 | 1,736.06 |
| 8britt | 1157 | t0282174 | 250.28 | 250.28 | 0.00 | 0.00 | 0.00 | 0.00 | 250.28 |
| 8britt | 1162 | t0282177 | 129.52 | 129.52 | 0.00 | 0.00 | 0.00 | 0.00 | 129.52 |
| 8britt | 1167 | t0282182 | 229.16 | 229.16 | 0.00 | 0.00 | 0.00 | 0.00 | 229.16 |
| 8britt | 1173 | t0282185 | -173.43 | -173.43 | 0.00 | 0.00 | 0.00 | 0.00 | -173.43 |
| 8britt | 1177 | t0282187 | 0.03 | 0.03 | 0.00 | 0.00 | 0.00 | 0.00 | 0.03 |
| 8britt | 1191 | t0282192 | 508.03 | 508.03 | 0.00 | 0.00 | 0.00 | 0.00 | 508.03 |
| 8britt | 1191 | t0302528 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -95.00 | -95.00 |
| 8britt | 1193 | t0282788 | 125.14 | 125.14 | 0.00 | 0.00 | 0.00 | 0.00 | 125.14 |
| 8britt | 1211 | t0282203 | 259.72 | 259.72 | 0.00 | 0.00 | 0.00 | 0.00 | 259.72 |
| 8britt | 1265 | t0282209 | 0.03 | 0.03 | 0.00 | 0.00 | 0.00 | 0.00 | 0.03 |
| 8britt | 1267 | t0282210 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -65.48 | -65.48 |
| 8britt | 1273 | t0292958 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -207.58 | -207.58 |
| 8britt | 1281 | t0282215 | 13.22 | 13.22 | 0.00 | 0.00 | 0.00 | 0.00 | 13.22 |
| 8britt | 1283 | t0297561 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -17.42 | -17.42 |
| 8britt | 1287 | t0296454 | 1,824.26 | 1,824.26 | 0.00 | 0.00 | 0.00 | 0.00 | 1,824.26 |
| **8britt** | | | **8,916.46** | **8,916.46** | **0.00** | **0.00** | **0.00** | **-535.48** | **8,380.98** |