Case 25-54940-lrc    Doc 46-4    Filed 06/24/25    Entered 06/24/25 11:44:30    Desc
Exhibit Postpetition liabilities aging    Page 1 of 1

6/24/2025 10:55 AM

## Payables Aging Report

8britt

Period: 05/2025

As of : 05/06/2025

| Property Code | Property Name | Payee Code | Payee Name | Current Owed | 0-30 Owed | 31-60 Owed | 61-90 Owed | Over 90 Owed |
|---|---|---|---|---|---|---|---|---|
| 8britt | Britain Village | | | | | | | |
| | | 8pl1tomplumb | Initech Plumbing LLC dba 1-Tom-Plumber Lawrenceville | 976.00 | 0.00 | 976.00 | 0.00 | 0.00 |
| | | 8pl44applian | 44 Appliance & Supply Company, Inc. | 8,907.80 | 0.00 | 0.00 | 0.00 | 8,907.80 |
| | | 8pla1fire | A-1 Fire Extinguisher, Inc. | 10.00 | 0.00 | 0.00 | 0.00 | 10.00 |
| | | 8plapart247 | Apartments 24-7.com | 449.90 | 224.95 | 0.00 | 0.00 | 224.95 |
| | | 8plapartcom | Apartments.com | 778.00 | 0.00 | 0.00 | 389.00 | 389.00 |
| | | 8plbanyanuti | Banyan Utility | 508.50 | 258.50 | 250.00 | 0.00 | 0.00 |
| | | 8plbetter | BetterNOI | 241.00 | 0.00 | 216.00 | 25.00 | 0.00 |
| | | 8plchadwell | Chadwell Supply, Inc. | 5,180.17 | 0.00 | 0.00 | 5,180.17 | 0.00 |
| | | 8plclean2gos | Clean 2 Go Services LLC | 32,315.00 | 10,175.00 | 8,265.00 | 13,875.00 | 0.00 |
| | | 8plduenasdr | Duenas Drywall & Remodeling LLC | 3,560.00 | 480.00 | 0.00 | 0.00 | 3,080.00 |
| | | 8plellismgt | Ellis Management Services, Inc | 609.96 | 0.00 | 273.00 | 63.96 | 273.00 |
| | | 8plevolution | Evolution Reinforcing | 27,151.91 | 500.00 | 0.00 | 26,250.00 | 401.91 |
| | | 8plgwntcwr | Gwinnett County Water Resources | 54,295.63 | 10,281.93 | 13,270.87 | 252.03 | 30,490.80 |
| | | 8pljacksonem | Jackson EMC | 4,440.07 | 3,243.78 | 0.00 | 1,196.29 | 0.00 |
| | | 8pllandmgmt | Landscape Management Services, Inc | 5,800.00 | 2,400.00 | 0.00 | 1,700.00 | 1,700.00 |
| | | 8plmegeneral | M&B General Contractors LLC | 18,645.00 | 0.00 | 0.00 | 0.00 | 18,645.00 |
| | | 8plradixsoft | Radix Software, Inc | 130.10 | 0.00 | 0.00 | 0.00 | 130.10 |
| | | 8plrentersre | Dispo Depot LLC dba Renters Reference Services | 9,743.00 | 607.00 | 4,196.00 | 4,305.00 | 635.00 |
| | | 8plrentgroup | Rent Group Inc. | 1,945.87 | 733.60 | 0.00 | 1,048.00 | 164.27 |
| | | 8plreynoldsr | Reynolds Restoration Group | 1,030.00 | 240.00 | 0.00 | 250.00 | 540.00 |
| | | 8plrobphein | Robert P. Hein, PC | 1,175.50 | 0.00 | 0.00 | 0.00 | 1,175.50 |
| | | 8plsesmasts | Sesmas Tree Service LLC | 2,500.00 | 0.00 | 2,500.00 | 0.00 | 0.00 |
| | | 8pltitanpest | Titan Pest Solutions, Inc | 250.00 | 0.00 | 250.00 | 0.00 | 0.00 |
| | | 8plwastem | Waste Management of Atlanta | 6,004.77 | 0.00 | 3,208.42 | 2,796.35 | 0.00 |
| **Total 8britt** | | | | **186,648.18** | **29,144.76** | **33,405.29** | **57,330.80** | **66,767.33** |
| **Grand Total** | | | | **186,648.18** | **29,144.76** | **33,405.29** | **57,330.80** | **66,767.33** |