## Statement (12 months)

Period = May 2025-Dec 2025
Book = Cash

|  |  | May 2025 | Jun 2025 | Jul 2025 | Aug 2025 | Sep 2025 | Oct 2025 | Nov 2025 | Dec 2025 | Total |
|---|---|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| **1-5010-0000** | **REVENUE** | | | | | | | | | |
| | | | | | | | | | | |
| 1-5100-0000 | RENT REVENUE | | | | | | | | | |
| | | | | | | | | | | |
| 1-5110-0000 | GROSS POTENTIAL RENT | | | | | | | | | |
| 1-5300-0000 | Market Rent | 99,780.00 | 99,780.00 | 99,780.00 | 99,780.00 | 99,780.00 | 99,780.00 | 99,780.00 | 99,780.00 | 798,240.00 |
| 1-5310-0000 | Gain (Loss) on Market Rent | -3,363.00 | -2,725.00 | -2,371.00 | -2,201.00 | -2,156.00 | -2,061.00 | -1,911.00 | -326.00 | -17,114.00 |
| 1-5319-9999 | GROSS POTENTIAL RENT | 96,417.00 | 97,055.00 | 97,409.00 | 97,579.00 | 97,624.00 | 97,719.00 | 97,869.00 | 99,454.00 | 781,126.00 |
| | | | | | | | | | | |
| 1-5610-0000 | Less: Vacancy | -11,844.94 | -10,401.39 | -5,524.03 | -4,206.77 | -6,160.50 | -8,673.22 | -13,514.34 | -14,743.39 | -75,068.58 |
| 1-5640-0000 | Less: Employee Units | -540.00 | -660.90 | -819.00 | -819.00 | -819.00 | -819.00 | -819.00 | -819.00 | -6,114.90 |
| 1-5650-0000 | Less: Concessions (Move Ins) | 0.00 | -500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -500.00 |
| 1-5660-0000 | Change in Delinquency | -4,453.82 | -4,871.37 | -1,966.20 | -4,040.21 | 668.28 | -1,463.39 | -105.13 | -3,353.68 | -19,585.52 |
| 1-5730-0000 | Plus: Prepaid Rent | -2,112.68 | 2,731.02 | -1,792.40 | 1,722.66 | 8.17 | -2,039.34 | 1,263.91 | -2,157.39 | -2,376.05 |
| 1-5799-9000 | NET RENT REVENUE | 77,465.56 | 83,352.36 | 87,307.37 | 90,235.68 | 91,320.95 | 84,724.05 | 84,694.44 | 78,380.54 | 677,480.95 |
| | | | | | | | | | | |
| 1-5800-1000 | OTHER REVENUE | | | | | | | | | |
| 1-5820-0000 | Month To Month Fee | 233.87 | 0.00 | 0.00 | 0.00 | -250.00 | 0.00 | 500.00 | 0.00 | 483.87 |
| 1-5830-0000 | Pet Fees | 276.52 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 276.52 |
| 1-5832-0000 | Pet Rent | 25.00 | 25.00 | 0.00 | 5.21 | 69.79 | 0.00 | 0.00 | 50.00 | 175.00 |
| 1-5840-0000 | Application Fees | 50.00 | 50.00 | 150.39 | 49.61 | 150.00 | 0.00 | 150.00 | 0.00 | 600.00 |
| 1-5845-0000 | Late Fees | -386.56 | 1,794.63 | -257.54 | 1,577.63 | 24.58 | 2,168.21 | 2,719.27 | 1,028.26 | 8,668.48 |
| 1-5848-0000 | Damage Waiver Fee | 904.71 | 827.50 | 862.43 | 921.00 | 905.46 | 875.52 | 900.01 | 861.07 | 7,057.70 |
| 1-5850-0000 | NSF Fees | 50.00 | 50.00 | 25.00 | 25.00 | 0.00 | 25.00 | 25.00 | 25.92 | 225.92 |
| 1-5851-0000 | Legal Fees - Income | 27.06 | -0.23 | 129.52 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 156.35 |
| 1-5863-0000 | Trash Income | 564.04 | 507.70 | 627.92 | 611.00 | 628.33 | 570.32 | 585.99 | 565.23 | 4,660.53 |
| 1-5864-0000 | Water Income | 19,132.13 | 16,987.84 | 17,795.44 | 1,744.04 | 6,987.07 | 7,861.25 | 6,534.51 | 8,664.75 | 85,707.03 |
| 1-5867-0000 | Electric Income | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 207.92 | 0.00 | 207.92 |
| 1-5868-0000 | Pest Control Income | 282.59 | 280.64 | 281.30 | 311.18 | 337.17 | 288.16 | 296.01 | 281.71 | 2,358.76 |
| 1-5908-0000 | Tenant Damages/Repairs | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 166.16 | 0.00 | 0.00 | 166.16 |
| 1-5920-0000 | Administration Fee | 300.00 | 150.00 | 450.00 | 0.00 | 0.00 | 0.00 | 150.00 | 0.00 | 1,050.00 |
| 1-5956-0000 | Renter's Insurance | 45.00 | 45.00 | 45.00 | 45.00 | 38.00 | 15.48 | 0.50 | 0.00 | 233.98 |
| 1-5990-1000 | TOTAL OTHER REVENUE | 21,504.36 | 20,718.08 | 20,109.46 | 5,289.67 | 8,890.40 | 11,970.10 | 12,069.21 | 11,476.94 | 112,028.22 |

## Statement (12 months)

Period = May 2025-Dec 2025

Book = Cash

| | | May 2025 | Jun 2025 | Jul 2025 | Aug 2025 | Sep 2025 | Oct 2025 | Nov 2025 | Dec 2025 | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| **1-5999-0000** | **TOTAL REVENUE** | 98,969.92 | 104,070.44 | 107,416.83 | 95,525.35 | 100,211.35 | 96,694.15 | 96,763.65 | 89,857.48 | 789,509.17 |
| | | | | | | | | | | |
| **1-6000-0000** | **EXPENSES** | | | | | | | | | |
| | | | | | | | | | | |
| 1-6100-0000 | REPAIRS & MAINTENANCE | | | | | | | | | |
| 1-6110-1000 | Carpet/Flooring Cleaning & Repairs | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 700.00 | 0.00 | 700.00 |
| 1-6110-2110 | Make Ready Painting | -6,948.00 | -3,200.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,825.00 | 0.00 | -7,323.00 |
| 1-6110-2120 | Make Ready Painting Supplies | 0.00 | -2,600.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -2,600.00 |
| 1-6110-2200 | Make Ready - Unit Cleans | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 150.00 | 150.00 | 0.00 | 300.00 |
| 1-6110-2300 | Resurfacing | -4,207.00 | -1,550.00 | 0.00 | 0.00 | 0.00 | -1,750.00 | 0.00 | 1,125.00 | -6,382.00 |
| 1-6110-3000 | Plumbing Repairs | -1,280.00 | 0.00 | 0.00 | 0.00 | 1,800.00 | 2,150.00 | 0.00 | 750.00 | 3,420.00 |
| 1-6110-8000 | Electrical Repairs | -800.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -800.00 |
| 1-6110-9000 | Window & Door Repair | 0.00 | 0.00 | 0.00 | 0.00 | 985.69 | 0.00 | 0.00 | 0.00 | 985.69 |
| 1-6120-0000 | Exterminating Contract | 0.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 0.00 | 250.00 | 1,500.00 |
| 1-6130-3000 | Maintenance Supplies & Repairs | 6.57 | 1,220.00 | 916.28 | 2,850.08 | 25.38 | 3,349.00 | 0.00 | 793.43 | 9,160.74 |
| 1-6190-0000 | Landscape Maintenance | 0.00 | 1,700.00 | 3,400.00 | 1,700.00 | 1,700.00 | 1,700.00 | 0.00 | 0.00 | 10,200.00 |
| 1-6199-9999 | TOTAL REPAIRS & MAINTENANCE | -13,228.43 | -4,180.00 | 4,566.28 | 4,800.08 | 4,761.07 | 5,849.00 | 3,675.00 | 2,918.43 | 9,161.43 |
| | | | | | | | | | | |
| 1-6210-0000 | SALARIES | | | | | | | | | |
| 1-6211-0000 | Salaries - Regular | 13,301.09 | 12,209.94 | 12,160.25 | 20,783.21 | 13,797.33 | 11,793.18 | 11,852.37 | 12,302.50 | 108,199.87 |
| 1-6232-0000 | Bonuses | 2,351.68 | 1,436.67 | 1,965.00 | 992.51 | 591.67 | 932.50 | 721.68 | 534.17 | 9,525.88 |
| 1-6233-0000 | Overtime Pay | 1,321.72 | 1,172.86 | 1,344.61 | 1,436.64 | 943.13 | 1,032.50 | 929.76 | 450.42 | 8,631.64 |
| 1-6250-0100 | Payroll Taxes | 1,001.75 | 671.40 | 669.89 | 1,157.29 | 879.56 | 673.35 | 622.75 | 470.83 | 6,146.82 |
| 1-6250-0200 | Insurance Benefits | 278.04 | 227.81 | 229.74 | 303.36 | 337.27 | 253.54 | 257.71 | 259.05 | 2,146.52 |
| 1-6250-0400 | Workers Compensation Premium | 369.92 | 326.99 | 340.44 | 538.19 | 358.79 | 294.13 | 288.50 | 288.23 | 2,805.19 |
| 1-6250-0600 | Other Payroll Expenses | 451.92 | 1,084.63 | 707.54 | 633.94 | 460.91 | 423.05 | 419.24 | 406.81 | 4,588.04 |
| 1-6250-9999 | TOTAL SALARIES | 19,076.12 | 17,130.30 | 17,417.47 | 25,845.14 | 17,368.66 | 15,402.25 | 15,092.01 | 14,712.01 | 142,043.96 |
| | | | | | | | | | | |
| 1-6300-0000 | UTILITY EXPENSES | | | | | | | | | |
| 1-6310-0000 | Electric Common Area | 0.00 | 0.00 | 1,900.60 | 988.54 | 988.49 | 976.59 | 0.00 | 2,001.17 | 6,855.39 |

## Statement (12 months)

Period = May 2025-Dec 2025

Book = Cash

| | | May 2025 | Jun 2025 | Jul 2025 | Aug 2025 | Sep 2025 | Oct 2025 | Nov 2025 | Dec 2025 | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 1-6311-0000 | Electric Vacant | 0.00 | 0.00 | 1,933.94 | 617.41 | 75.33 | 130.36 | 97.57 | 906.98 | 3,761.59 |
| 1-6330-0000 | Water Common Area | 0.00 | 5,761.45 | 9,338.46 | 7,459.85 | 8,491.44 | 8,933.41 | 8,141.04 | 7,775.45 | 55,901.10 |
| 1-6345-0000 | Trash Removal | 0.00 | 1,690.63 | 3,125.03 | 3,178.23 | 7,271.05 | 4,097.57 | 3,302.28 | 3,309.30 | 25,974.09 |
| 1-6360-0000 | Utility Service Fee | 0.00 | 605.00 | 306.00 | 0.00 | 285.50 | 260.00 | 267.00 | 266.00 | 1,989.50 |
| 1-6399-0000 | TOTAL UTILITIES | 0.00 | 8,057.08 | 16,604.03 | 12,244.03 | 17,111.81 | 14,397.93 | 11,807.89 | 14,258.90 | 94,481.67 |
| | | | | | | | | | | |
| 1-6510-0000 | LEASING & MARKETING | | | | | | | | | |
| 1-6510-0140 | ADV-Internet | 0.00 | -389.00 | 224.95 | 613.95 | 224.95 | 224.95 | 224.95 | 1,407.95 | 2,532.70 |
| 1-6510-0210 | Market Studies & Shopping Reports | 0.00 | 0.00 | 50.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 50.00 |
| 1-6510-1000 | ADV- 3rd Party Advertising | 0.00 | 613.95 | 821.00 | 326.26 | 736.29 | 1,158.00 | 1,158.00 | 0.00 | 4,813.50 |
| 1-6510-9999 | TOTAL LEASING & MARKETING | 0.00 | 224.95 | 1,095.95 | 940.21 | 961.24 | 1,382.95 | 1,382.95 | 1,407.95 | 7,396.20 |
| | | | | | | | | | | |
| 1-6520-0000 | ADMINISTRATIVE EXPENSES | | | | | | | | | |
| 1-6520-0100 | Accounting Services | 476.00 | 476.00 | 0.00 | 476.00 | 476.00 | 476.00 | 476.00 | 476.00 | 3,332.00 |
| 1-6520-0150 | Banking Fees | 726.68 | 761.17 | 740.07 | 788.05 | 730.07 | 820.41 | 777.32 | 760.58 | 6,104.35 |
| 1-6520-0180 | Credit/Criminal Verification | 0.00 | 0.00 | 0.00 | 169.00 | 0.00 | 79.00 | 0.00 | 97.00 | 345.00 |
| 1-6520-0190 | Dues & Subscriptions | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 350.00 | 339.80 | 689.80 |
| 1-6520-0230 | Employee Training & Education | 58.19 | 62.73 | 0.00 | 62.73 | 62.73 | 62.82 | 70.45 | 12.26 | 391.91 |
| 1-6520-0270 | Legal Counsel Fees | 0.00 | -1,146.25 | 1,146.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1-6520-0281 | Software Fees | 1,648.92 | 306.00 | 767.84 | 350.35 | 1,903.44 | 331.90 | 713.59 | -1,285.97 | 4,736.07 |
| 1-6520-0300 | Office Supplies | 124.80 | 0.00 | 71.34 | 88.57 | 0.00 | 306.60 | 369.44 | 344.91 | 1,305.66 |
| 1-6520-0320 | Postage | 317.00 | -62.73 | 543.73 | 0.00 | 0.00 | 0.00 | 13.95 | 0.00 | 811.95 |
| 1-6520-9999 | TOTAL ADMINISTRATIVE EXPENSES | 3,351.59 | 396.92 | 3,269.23 | 1,934.70 | 3,172.24 | 2,076.73 | 2,770.75 | 744.58 | 17,716.74 |
| | | | | | | | | | | |
| 1-6529-9999 | TOTAL CONTROLLABLE EXPENSES | 9,199.28 | 21,629.25 | 42,952.96 | 45,764.16 | 43,375.02 | 39,108.86 | 34,728.60 | 34,041.87 | 270,800.00 |
| | | | | | | | | | | |
| 1-6530-0010 | MANAGEMENT FEES | | | | | | | | | |
| 1-6530-0100 | Management Fee | 4,436.92 | 4,453.65 | 4,683.17 | 4,833.76 | 4,298.64 | 4,509.51 | 4,351.24 | -82.56 | 31,484.33 |
| 1-6530-9999 | TOTAL MANAGEMENT FEE | 4,436.92 | 4,453.65 | 4,683.17 | 4,833.76 | 4,298.64 | 4,509.51 | 4,351.24 | -82.56 | 31,484.33 |

## Statement (12 months)

Period = May 2025-Dec 2025
Book = Cash

|  |  | May 2025 | Jun 2025 | Jul 2025 | Aug 2025 | Sep 2025 | Oct 2025 | Nov 2025 | Dec 2025 | Total |
|---|---|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| 1-7990-0000 | TOTAL OPERATING EXPENSES | 13,636.20 | 26,082.90 | 47,636.13 | 50,597.92 | 47,673.66 | 43,618.37 | 39,079.84 | 33,959.31 | 302,284.33 |
|  |  |  |  |  |  |  |  |  |  |  |
| 1-7999-0000 | NET OPERATING INCOME | 85,333.72 | 77,987.54 | 59,780.70 | 44,927.43 | 52,537.69 | 53,075.78 | 57,683.81 | 55,898.17 | 487,224.84 |
|  |  |  |  |  |  |  |  |  |  |  |
| 1-8000-4000 | CAPITAL ITEMS |  |  |  |  |  |  |  |  |  |
| 1-8140-0000 | Building Interior Upgrades | 4,207.00 | 8,450.00 | 1,350.00 | 0.00 | 0.00 | 5,225.00 | 1,370.50 | 6,111.58 | 26,714.08 |
| 1-8160-0000 | Other Major Expense | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 749.00 | 0.00 | 0.00 | 749.00 |
| 1-8450-0000 | Landscaping | 0.00 | 300.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 300.00 |
| 1-8500-0000 | Mechanical/HVAC | 800.00 | 0.00 | 0.00 | 1,583.21 | 0.00 | 0.00 | 0.00 | 0.00 | 2,383.21 |
| 1-8550-0000 | Painting | 6,948.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6,948.00 |
| 1-8600-0000 | Plumbing | 1,280.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,280.00 |
| 1-8670-0000 | Renovation Costs | 0.00 | 5,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5,000.00 |
| 1-8700-0000 | Roofing | 0.00 | 0.00 | 2,800.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,800.00 |
| 1-8999-9000 | TOTAL CAPITAL ITEMS | 13,235.00 | 13,750.00 | 4,150.00 | 1,583.21 | 0.00 | 5,974.00 | 1,370.50 | 6,111.58 | 46,174.29 |
|  |  |  |  |  |  |  |  |  |  |  |
| 1-9100-0000 | DEBT SERVICE |  |  |  |  |  |  |  |  |  |
| 1-9110-0000 | 1st Mortgage Interest | 0.00 | 0.00 | 15,654.21 | 15,654.21 | 15,654.21 | 15,654.21 | 15,654.21 | 15,654.21 | 93,925.26 |
| 1-9169-9000 | TOTAL DEBT SERVICE | 0.00 | 0.00 | 15,654.21 | 15,654.21 | 15,654.21 | 15,654.21 | 15,654.21 | 15,654.21 | 93,925.26 |
|  |  |  |  |  |  |  |  |  |  |  |
| 1-9170-1000 | NON OPERATING ITEMS |  |  |  |  |  |  |  |  |  |
| 1-9180-1000 | Asset Management Fees | 1,971.96 | 1,979.40 | 2,081.41 | 2,148.34 | 1,910.51 | 2,004.23 | 1,933.88 | -36.69 | 13,993.04 |
| 1-9180-2000 | Leasing Fees | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 73.59 | 73.59 |
| 1-9180-3000 | Professional Fees | 66,738.00 | 21,146.25 | 10,000.00 | 10,000.00 | 0.00 | 20,000.00 | 10,000.00 | 10,000.00 | 147,884.25 |
| 1-9198-9999 | TOTAL NON OPERATING ITEMS | 68,709.96 | 23,125.65 | 12,081.41 | 12,148.34 | 1,910.51 | 22,004.23 | 11,933.88 | 10,036.90 | 161,950.88 |
|  |  |  |  |  |  |  |  |  |  |  |
| 1-9199-9999 | NET INCOME (LOSS) BEFORE TAX ADJ | 3,388.76 | 41,111.89 | 27,895.08 | 15,541.67 | 34,972.97 | 9,443.34 | 28,725.22 | 24,095.48 | 185,174.41 |
|  |  |  |  |  |  |  |  |  |  |  |
| 1-9200-5000 | OTHER ITEMS |  |  |  |  |  |  |  |  |  |
| 1-9250-0000 | Amortization Expense | 0.00 | 0.00 | 0.00 | 250.00 | 260.20 | 0.00 | 1,280.80 | 0.00 | 1,791.00 |
| 1-9299-9999 | TOTAL OTHER ITEMS | 0.00 | 0.00 | 0.00 | 250.00 | 260.20 | 0.00 | 1,280.80 | 0.00 | 1,791.00 |
|  |  |  |  |  |  |  |  |  |  |  |
| 1-9500-0000 | NET INCOME (LOSS) | 3,388.76 | 41,111.89 | 27,895.08 | 15,291.67 | 34,712.77 | 9,443.34 | 27,444.42 | 24,095.48 | 183,383.41 |