# Balance Sheet

Period = Dec 2025

Book = Cash

|  |  | Current Balance |
|---|---|---:|
| 1-1000-0000 | ASSETS | |
| 1-1000-0100 | CURRENT ASSETS: | |
| 1-1001-0000 | CASH | |
| 1-1010-0000 | Petty Cash | 150.00 |
| 1-1020-0000 | Cash - Operating Account | 82,041.13 |
| 1-1020-1000 | Cash - Operating Account- Prior MGMT | 73,454.40 |
| 1-1022-0000 | Cash - Excess Account | 84,794.20 |
| 1-1040-0000 | Cash - Security Deposit Acct | 16,690.00 |
| 1-1060-0000 | Cash - Renovation | 4,647.87 |
| 1-1110-0000 | Mortgage Escrows - Tax Escrow | 108,110.19 |
| 1-1120-0000 | Mortgage Escrows - Insurance Escrow | 8,706.89 |
| 1-1140-0000 | Mortgage Escrows - Replacement Reserve | 77,764.93 |
| 1-1150-0000 | Mortgage Escrows - Repair Escrow | 303,466.95 |
| 1-1160-0000 | Mortgage Escrows - Construction Reserve | -13,881.82 |
| 1-1199-9999 | TOTAL CASH | 745,944.74 |
| 1-1200-0000 | RECEIVABLES | |
| 1-1210-0000 | Accounts Receivable - Tenants | 36,612.49 |
| 1-1295-0000 | Other Receivables | 3,203.55 |
| 1-1299-9998 | TOTAL RECEIVABLES | 39,816.04 |
| 1-1300-0000 | PREPAID EXPENSES | |
| 1-1301-0000 | Prepaid Property Insurance | 179,612.62 |
| 1-1310-0000 | Prepaid Expenses - Other | 4,933.25 |
| 1-1395-0000 | Income Accrual | 3,513.25 |
| 1-1399-9995 | TOTAL PREPAID EXPENSES | 188,059.12 |
| 1-1499-9999 | TOTAL CURRENT ASSETS | 973,819.90 |
| 1-1500-0000 | FIXED ASSETS | |
| 1-1505-0000 | Land Improvements | 700.00 |
| 1-1510-0000 | Buildings | 7,487,100.00 |
| 1-1510-6000 | Parking Deck | 700.00 |
| 1-1515-0000 | Building Improvements | 138,399.16 |
| 1-1517-8500 | Capital - HVAC/Mechanical | 4,619.77 |
| 1-1517-8700 | Capital - Roofing | 2,100.00 |
| 1-1525-0000 | Equipment - Other | 1,000.48 |
| 1-1535-0000 | Computer Equipment | 1,669.00 |
| 1-1545-0000 | Furniture And Fixtures - Other | 20,230.90 |
| 1-1570-0000 | Other Fixed Assets | 137,628.89 |
| 1-1580-0000 | Accumulated Amortization | 46,088.76 |
| 1-1590-0000 | Less Accumulated Depreciation | 43,419.67 |
| 1-1599-9999 | NET FIXED ASSETS | 7,883,656.63 |
| 1-1600-0000 | OTHER ASSETS | |
| 1-1730-1000 | Due from Related Party | -2,926.41 |

# Balance Sheet

Period = Dec 2025

Book = Cash

|  |  | Current Balance |
|---|---|---:|
| 1-1990-9999 | TOTAL OTHER ASSETS | -2,926.41 |
|  |  |  |
| **1-1999-9999** | **TOTAL ASSETS** | **8,854,550.12** |
|  |  |  |
|  |  |  |
| **1-2000-0000** | **LIABILITIES** |  |
|  |  |  |
| 1-2001-0000 | SHORT-TERM LIABILITIES |  |
| 1-2110-1000 | Accounts Payable- Prior MGMT | 18,775.10 |
| 1-2140-0000 | Tenant Security Dep | 16,690.00 |
| 1-2149-0000 | Deposit Refunds | 3,609.29 |
| 1-2150-2000 | Due to Related Party | 67,926.18 |
| 1-2150-2100 | Due to/from Premier Living US | 1,329.00 |
| 1-2250-0000 | Accrued Interest Payable | -29,498.88 |
| 1-2260-0000 | Accrued Property Taxes Payable | -35,556.72 |
| 1-2294-0000 | Payroll Liabilities | 339.85 |
| 1-2295-0000 | Insurance Claim Payable | 409,036.95 |
| 1-2299-9999 | TOTAL SHORT-TERM LIABILITIES | 452,650.77 |
|  |  |  |
| 1-2300-0000 | LONG-TERM LIABILITIES |  |
| 1-2500-0000 | First Mortgage Payable | 5,808,712.86 |
| 1-2540-0001 | Manager Loan | 1,016.00 |
| 1-2999-9999 | TOTAL LONG-TERM LIABILITIES | 5,809,728.86 |
|  |  |  |
| 1-3000-0000 | EQUITY |  |
| 1-3103-0000 | Current Cash Flow (Deficit) | 569,432.62 |
| 1-3200-0100 | Contributions | 2,112,240.34 |
| 1-3300-0000 | Partner Withdrawals | -241,535.07 |
| 1-3400-0000 | Retained Earnings | 152,032.60 |
| 1-4599-9999 | TOTAL EQUITY | 2,592,170.49 |
|  |  |  |
| **1-4999-9999** | **TOTAL LIABILITIES & EQUITY** | **8,854,550.12** |