# Delinquency

As Of: 12/31/2025

| Property Unit | Resident Code | Resident Status | Total Charges | 0-30 Owed | 31-60 Owed | 61-90 Owed | Over 90 Owed | Total Owed |
|---|---|---|---|---|---|---|---|---|
| 8britt - Britain Village | | | | | | | | |
| 1132 | t0289324 | Current | 2,032.06 | 200.00 | 1,746.42 | 85.64 | 0.00 | 2,032.06 |
| 1135 | t0282159 | Current | 256.55 | 0.00 | 256.55 | 0.00 | 0.00 | 256.55 |
| 1145 | t0282164 | Current | 644.85 | 200.00 | 444.85 | 0.00 | 0.00 | 644.85 |
| 1155 | t0288857 | Current | 1,825.09 | 500.00 | 366.08 | 356.82 | 602.19 | 1,825.09 |
| 1162 | t0282177 | Current | 2,969.55 | 200.00 | 1,691.08 | 831.82 | 246.65 | 2,969.55 |
| 1166 | t0282181 | Current | 136.08 | 136.08 | 0.00 | 0.00 | 0.00 | 136.08 |
| 1167 | t0282182 | Current | 7.19 | 0.00 | 7.19 | 0.00 | 0.00 | 7.19 |
| 1171 | t0282184 | Current | 200.06 | 200.00 | 0.00 | 0.06 | 0.00 | 200.06 |
| 1173 | t0282185 | Current | 2,187.90 | 500.00 | 1,666.08 | 21.82 | 0.00 | 2,187.90 |
| 1197 | t0282750 | Current | 24.08 | 24.08 | 0.00 | 0.00 | 0.00 | 24.08 |
| 1273 | t0292958 | Current | 1,602.83 | 200.00 | 751.08 | 356.82 | 294.93 | 1,602.83 |
| 1281 | t0282215 | Current | 15.42 | 0.00 | 15.42 | 0.00 | 0.00 | 15.42 |
| **Total 8britt - Britain Village** | | | **11,901.66** | **2,160.16** | **6,944.75** | **1,652.98** | **1,143.77** | **11,901.66** |
| **Grand Total** | | | **11,901.66** | **2,160.16** | **6,944.75** | **1,652.98** | **1,143.77** | **11,901.66** |