# Commercial Business Checking

| Account number: ███████7872 ■ December 1, 2025 - December 31, 2025 ■ Page 1 of 1 |



1291 BRITAIN DR PCPRE LLC
SECURITY DEPOSIT
DEBTOR IN POSSESSION
CH11 CASE #25-54940 (NGA)
12945 SEMINOLE BLVD STE A200
LARGO FL 33778-2319

**Questions?**

Call your Customer Service Officer or Client Services
**1-800-AT WELLS** (1-800-289-3557)
5:00 AM TO 6:00 PM Pacific Time Monday - Friday

*Online:* wellsfargo.com

Write: Wells Fargo Bank, N.A. (287)
P.O. Box 6995
Portland, OR  97228-6995

## Account summary

### Commercial Business Checking

| Account number | Beginning balance | Total credits | Total debits | Ending balance |
|---|---|---|---|---|
| ████7872 | $17,190.00 | $0.00 | -$500.00 | $16,690.00 |

## Debits

### Electronic debits/bank debits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 12/16 | 500.00 | Online Transfer SD Trueup Ref #Bb0W46Zjl7 |
| | | $500.00 | **Total electronic debits/bank debits** |
| | | $500.00 | **Total debits** |

## Daily ledger balance summary

| Date | Balance | Date | Balance |
|---|---|---|---|
| 11/30 | 17,190.00 | 12/16 | 16,690.00 |

**Average daily ledger balance**  $16,931.93

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.