# WellsOne® Account



Account number: ▮▮▮▮▮▮7469 ∎ December 1, 2025 - December 31, 2025  ∎  Page 1 of 4

1291 BRITAIN DR PCPRE LLC
OPERATING ACCOUNT
DEBTOR IN POSSESSION
CH11 CASE #25-54940 (NGA)
12945 SEMINOLE BLVD STE A200
LARGO FL 33778-2319

**Questions?**

Call your Customer Service Officer or Client Services
**1-800-AT WELLS** (1-800-289-3557)
5:00 AM TO 6:00 PM Pacific Time Monday - Friday

*Online:* wellsfargo.com

Write:  Wells Fargo Bank, N.A. (287)
        North Florida Jacksonville Rcbo
        255 Water St
        Jacksonville, FL 32202

## Account summary

### WellsOne® Account

| Account number | Beginning balance | Total credits | Total debits | Ending balance |
|---|---|---|---|---|
| ▮▮▮▮7469 | $102,046.49 | $98,267.29 | -$115,226.14 | $85,087.64 |

## Credits

### Electronic deposits/bank credits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 12/01 | 70.45 | ACH Returns - 1291 Britain Dr - File 7878782339 Coid 3853304799 |
| | 12/01 | 85.64 | Yardi Card Dep 8Britttran 120125 xxxxx9160 8Britt-Sako and Partne |
| | 12/01 | 1,549.10 | Sakopartners-8Br Settlement 120125 000025620154598 Yardi Process Master 1 |
| | 12/02 | 2,417.29 | Yardi Card Dep 8Britttran 120225 xxxxx4002 8Britt-Sako and Partne |
| | 12/02 | 3,209.00 | Sakopartners-8Br Settlement 120225 000025640261426 Yardi Process Master 1 |
| | 12/03 | 2,447.50 | Sakopartners-8Br Settlement 120325 000025660918482 Yardi Process Master 1 |
| | 12/03 | 2,850.00 | Sakopartners_Tpp Settlement 120325 000025660121254 Sako and Partners Lowe |
| | 12/04 | 543.07 | Yardi Card Dep 8Britttran 120425 xxxxx6020 8Britt-Sako and Partne |
| | 12/04 | 1,685.00 | Sakopartners-8Br Settlement 120425 000025675596594 Yardi Process Master 1 |
| | 12/04 | 5,149.06 | Sakopartners-8Br Settlement 120425 000025674933202 Yardi Process Master 1 |
| | 12/05 | 1,544.15 | Sakopartners-8Br Settlement 120525 000025688174734 Yardi Process Master 1 |
| | 12/05 | 1,991.08 | Sakopartners_Tpp Settlement 120525 000025690103290 Sako and Partners Lowe |
| | 12/05 | 4,516.82 | Flex Rent 251204 Ya4249134457004 Yardi Ya4249134457004 |
| | 12/05 | 6,372.16 | Yardi Card Dep 8Britttran 120525 xxxxx0492 8Britt-Sako and Partne |
| | 12/08 | 1,655.51 | Sakopartners-8Br Settlement 120825 000025701423510 Yardi Process Master 1 |
| | 12/08 | 3,202.00 | Sakopartners-8Br Settlement 120825 000025712513350 Yardi Process Master 1 |
| | 12/08 | 3,487.48 | Sakopartners-8Br Settlement 120825 000025712426562 Yardi Process Master 1 |
| | 12/08 | 3,537.16 | Yardi Card Dep 8Britttran 120825 xxxxx5015 8Britt-Sako and Partne |
| | 12/08 | 5,257.37 | Flex Rent 251208 Ya1010514169528 Yardi Ya1010514169528 |
| | 12/08 | 7,120.00 | Sakopartners-8Br Settlement 120825 000025701860042 Yardi Process Master 1 |
| | 12/09 | 1,861.08 | Sakopartners-8Br Settlement 120925 000025720545210 Yardi Process Master 1 |
| | 12/09 | 1,991.08 | Flex Rent 251209 Ya6776381738737 Yardi Ya6776381738737 |
| | 12/09 | 9,572.44 | Yardi Card Dep 8Britttran 120925 xxxxx7884 8Britt-Sako and Partne |

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.



### Electronic deposits/bank credits (continued)

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 12/10 | 1,649.36 | Yardi Card Dep 8Britttran 121025 xxxxx8745 8Britt-Sako and Partne |
| | 12/10 | 5,964.31 | Yardi Card Dep 8Britttran 121025 xxxxx1589 8Britt-Sako and Partne |
| | 12/11 | 814.06 | Yardi Card Dep 8Britttran 121125 xxxxx8029 8Britt-Sako and Partne |
| | 12/11 | 1,400.00 | Sakopartners-8Br Settlement 121125 000025739740818 Yardi Process Master 1 |
| | 12/12 | 2,000.00 | Sakopartners-8Br Settlement 121225 000025747906826 Yardi Process Master 1 |
| | 12/15 | 136.08 | Sakopartners-8Br Settlement 121525 000025763738430 Yardi Process Master 1 |
| | 12/16 | 500.00 | Online Transfer SD Trueup Ref #Bb0W46Zjl7 |
| | 12/16 | 3,540.00 | Sakopartners-8Br Settlement 121625 000025771832322 Yardi Process Master 1 |
| | 12/17 | 1,941.42 | Sakopartners-8Br Settlement 121725 000025780596110 Yardi Process Master 1 |
| | 12/18 | 1,791.42 | Yardi Card Dep 8Britttran 121825 xxxxx8229 8Britt-Sako and Partne |
| | 12/19 | 91.42 | Yardi Card Dep 8Britttran 121925 xxxxx9868 8Britt-Sako and Partne |
| | 12/22 | 2,452.00 | Sakopartners-8Br Settlement 122225 000025804271706 Yardi Process Master 1 |
| | 12/24 | 240.28 | Sakopartners-8Br Settlement 122425 000025827562334 Yardi Process Master 1 |
| | 12/24 | 1,816.08 | Yardi Card Dep 8Britttran 122425 xxxxx5486 8Britt-Sako and Partne |
| | 12/30 | 1,816.42 | Sakopartners-8Br Settlement 123025 000025863662586 Yardi Process Master 1 |
| | | **$98,267.29** | **Total electronic deposits/bank credits** |
| | | **$98,267.29** | **Total credits** |

## Debits
### Electronic debits/bank debits

| Effective date | Posted date | Amount | | Transaction detail |
|---|---|---|---|---|
| | 12/01 | 10,000.00 | | ACH Prep Origintn - 1291 Britain Dr - File 7878782339 Coid 3853304799 |
| | 12/02 | 46,688.00 | | Greystoneselect Sweb Pymnt 1143074752 Britain Village |
| | 12/03 | 7,322.08 | | ACH Prep Origintn - P8Britt12-05-25 - File 7878782339 Coid 3853304799 |
| | 12/03 | 1,359.82 | < | Business to Business ACH Debit - Jackson Electric Web Pmts 120325 5Lm2Hr 1291 Britain Dr P |
| | 12/04 | 1,300.00 | | ACH Prep Origintn - 1291 Britain Dr - File 7878782339 Coid 3853304799 |
| | 12/04 | 1,700.00 | | ACH Prep Origintn - 1291 Britain Dr - File 7878782339 Coid 3853304799 |
| | 12/04 | 4,354.36 | | ACH Prep Origintn - 1291 Britain Dr - File 7878782339 Coid 3853304799 |
| | 12/05 | 2,000.00 | | ACH Prep Origintn - 1291 Britain Dr - File 7878782339 Coid 3853304799 |
| | 12/05 | 339.80 | < | Business to Business ACH Debit - Atlanta Apartmen Sale 251205 1291 Britain Dr Pcpre |
| | 12/08 | 266.00 | | ACH Prep Origintn - 1291 Britain Dr - File 7878782339 Coid 3853304799 |
| | 12/09 | 1,935.27 | | Online Transfer Xfer Britain to Pcp Am Fees Nov 2025 Ref #Bb0Vznfjvv |
| | 12/10 | 146.47 | | Gwinnett Cty Gov Dwr Online 251210 008912201257 1291 Britain Dr Pcpre |
| | 12/10 | 166.24 | | Gwinnett Cty Gov Dwr Online 251210 008912201310 1291 Britain Dr Pcpre |
| | 12/10 | 170.81 | | Gwinnett Cty Gov Dwr Online 251210 008912201359 1291 Britain Dr Pcpre |
| | 12/10 | 193.62 | | Gwinnett Cty Gov Dwr Online 251210 008912201355 1291 Britain Dr Pcpre |
| | 12/10 | 219.47 | | Gwinnett Cty Gov Dwr Online 251210 008912201287 1291 Britain Dr Pcpre |
| | 12/10 | 237.73 | | Gwinnett Cty Gov Dwr Online 251210 008912201294 1291 Britain Dr Pcpre |
| | 12/10 | 249.95 | | Apartments24-7.C Sale 251210 1291 Britain Dr Pcpre |
| | 12/10 | 257.50 | | Gwinnett Cty Gov Dwr Online 251210 008912201312 1291 Britain Dr Pcpre |
| | 12/10 | 272.71 | | Gwinnett Cty Gov Dwr Online 251210 008912201330 1291 Britain Dr Pcpre |
| | 12/10 | 322.91 | | Gwinnett Cty Gov Dwr Online 251210 008912201353 1291 Britain Dr Pcpre |
| | 12/10 | 327.47 | | Gwinnett Cty Gov Dwr Online 251210 008912201362 1291 Britain Dr Pcpre |
| | 12/10 | 328.99 | | Gwinnett Cty Gov Dwr Online 251210 008912201365 1291 Britain Dr Pcpre |

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.

Case 25-54940-lrc    Doc 83-6    Filed 01/22/26    Entered 01/22/26 17:37:26    Desc Bank Statement    Page 3 of 4

Account number:  ▮▮▮▮▮▮▮7469 ▪ December 1, 2025 - December 31, 2025 ▪ Page 3 of 4



### Electronic debits/bank debits (continued)

| Effective date | Posted date | Amount | | Transaction detail |
|---|---|---:|---|---|
| | 12/10 | 365.49 | | Gwinnett Cty Gov Dwr Online 251210 008912201343 1291 Britain Dr Pcpre |
| | 12/10 | 421.77 | | Gwinnett Cty Gov Dwr Online 251210 008912201289 1291 Britain Dr Pcpre |
| | 12/10 | 459.80 | | Gwinnett Cty Gov Dwr Online 251210 008912201279 1291 Britain Dr Pcpre |
| | 12/10 | 862.86 | | Gwinnett Cty Gov Dwr Online 251210 008912201317 1291 Britain Dr Pcpre |
| | 12/10 | 1,059.07 | | Gwinnett Cty Gov Dwr Online 251210 008912201300 1291 Britain Dr Pcpre |
| | 12/10 | 1,962.54 | | Gwinnett Cty Gov Dwr Online 251210 008912201326 1291 Britain Dr Pcpre |
| | 12/11 | 760.58 | | Client Analysis Srvc Chrg 251210 Svc Chge 1125 000007176367469 |
| | 12/11 | 1,716.42 | < | Business to Business ACH Debit - Sakopartners-8Br Return 121125 000025737730698 Yardi Process Master 1 |
| | 12/12 | 836.58 | | Online Transfer Xfer Bv to Pcp Cover CC Amazon Pay Ref #Bb0W2Vx96D |
| | 12/12 | 1,400.00 | | ACH Prep Origintn - 1291 Britain Dr - File 7878782339 Coid 3853304799 |
| | 12/12 | 22.95 | < | Business to Business ACH Debit - Alpha Creek Op Cash Con 120925 Pcpre Britian Village |
| | 12/12 | 306.00 | < | Business to Business ACH Debit - Alpha Creek Op Cash Con 120925 Pcpre Britian Village |
| | 12/12 | 476.00 | < | Business to Business ACH Debit - Alpha Creek Op Cash Con 120925 Pcpre Britian Village |
| | 12/12 | 1,861.08 | < | Business to Business ACH Debit - Sakopartners-8Br Return 121225 000025746096234 Yardi Process Master 1 |
| | 12/18 | 97.00 | | ACH Prep Origintn - 1291 Britain Dr - File 7878782339 Coid 3853304799 |
| | 12/18 | 750.00 | | ACH Prep Origintn - 1291 Britain Dr - File 7878782339 Coid 3853304799 |
| | 12/18 | 7,734.84 | | ACH Prep Origintn - P8Britt12-19-25 - File 7878782339 Coid 3853304799 |
| | 12/19 | 769.00 | < | Business to Business ACH Debit - Zillow Rentals N Subscripti 251218 6817186 1291 Britain Dr Pcpre |
| | 12/19 | 1,154.63 | < | Business to Business ACH Debit - Jackson Electric Web Pmts 121925 Fml2Lr 1291 Britain Dr P |
| | 12/22 | 389.00 | < | Business to Business ACH Debit - Costar BT1219 121925 000000343640500 1291 Britain Dr Pcpre |
| | 12/23 | 70.45 | | ACH Prep Origintn - 1291 Britain Dr - File 7878782339 Coid 3853304799 |
| | 12/23 | 147.18 | | ACH Prep Origintn - 1291 Britain Dr - File 7878782339 Coid 3853304799 |
| | 12/23 | 250.00 | | ACH Prep Origintn - 1291 Britain Dr - File 7878782339 Coid 3853304799 |
| | 12/24 | 393.70 | < | Business to Business ACH Debit - Jackson Electric Web Pmts 122425 7Q5Rlr 1291 Britain Dr P |
| | 12/31 | 800.00 | | ACH Prep Origintn - 1291 Britain Dr - File 7878782339 Coid 3853304799 |
| | 12/31 | 10,000.00 | | ACH Prep Origintn - 1291 Britain Dr - File 7878782339 Coid 3853304799 |
| | | **$115,226.14** | | **Total electronic debits/bank debits** |
| | | **$115,226.14** | | **Total debits** |

< **Business to Business ACH:** If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.

### Daily ledger balance summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---:|---|---:|---|---:|
| 11/30 | 102,046.49 | 12/05 | 61,412.75 | 12/12 | 93,318.32 |
| 12/01 | 93,751.68 | 12/08 | 85,406.27 | 12/15 | 93,454.40 |
| 12/02 | 52,689.97 | 12/09 | 96,895.60 | 12/16 | 97,494.40 |
| 12/03 | 49,305.57 | 12/10 | 96,483.87 | 12/17 | 99,435.82 |
| 12/04 | 49,328.34 | 12/11 | 96,220.93 | 12/18 | 92,645.40 |

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.

Sheet Seq = 0063899
Sheet 00003 of 00004



### Daily ledger balance summary (continued)

| Date  | Balance   | Date  | Balance   | Date  | Balance   |
|-------|-----------|-------|-----------|-------|-----------|
| 12/19 | 90,813.19 | 12/23 | 92,408.56 | 12/30 | 95,887.64 |
| 12/22 | 92,876.19 | 12/24 | 94,071.22 | 12/31 | 85,087.64 |

**Average daily ledger balance**     $86,142.98

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.