# WellsOne® Account

Account number: ██████7477 ■ December 1, 2025 - December 31, 2025 ■ Page 1 of 1

**WELLS FARGO**

1291 BRITAIN DR PCPRE LLC
RENOVATION ACCOUNT
DEBTOR IN POSSESSION
CH11 CASE #25-54940 (NGA)
12945 SEMINOLE BLVD STE A200
LARGO FL 33778-2319

### Questions?

Call your Customer Service Officer or Client Services
**1-800-AT WELLS** (1-800-289-3557)
5:00 AM TO 6:00 PM Pacific Time Monday - Friday

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (287)
North Florida Jacksonville Rcbo
255 Water St
Jacksonville, FL 32202

## Account summary

### WellsOne® Account

| Account number | Beginning balance | Total credits | Total debits | Ending balance |
|---|---|---|---|---|
| ██████7477 | $4,647.87 | $0.00 | $0.00 | $4,647.87 |

### Daily ledger balance summary

| Date | Balance |
|---|---|
| 11/30 | 4,647.87 |

**Average daily ledger balance**     **$4,647.87**

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.