**In re: 1291 Britain Dr. PCPRE, LLC d/b/a Britain Village**
**Case No.: 25-54940**

## Notes

1. **Payments to Professionals.**

    Pursuant to the Final Order Authorizing Debtor to Use Cash Collateral of Federal National Mortgage Association and Providing Adequate Protection [Dkt. No. 44], the Debtor has paid a total of $80,000 post-petition (but none during this reporting period) to Scroggins, Williamson & Ray, P.C. as a carveout to be held in escrow for the payment of its approved fees and expenses.