**Delinquency**

As Of: 1/31/2026

| Property Unit | Resident Code | Resident Status | Total Charges | Future Charges | 0-30 Owed | 31-60 Owed | 61-90 Owed | Over 90 Owed | Total Owed |
|---|---|---|---|---|---|---|---|---|---|
| 8britt - Britain Village | | | | | | | | | |
| 1135 | t0282159 | Current | 372.75 | 0.00 | 200.00 | 166.20 | 6.55 | 0.00 | 372.75 |
| 1138 | t0282197 | Current | 10.00 | 0.00 | 10.00 | 0.00 | 0.00 | 0.00 | 10.00 |
| 1145 | t0282164 | Current | 2,410.55 | 0.00 | 200.00 | 1,765.70 | 444.85 | 0.00 | 2,410.55 |
| 1155 | t0288857 | Current | 3,886.29 | 0.00 | 200.00 | 2,361.20 | 366.08 | 959.01 | 3,886.29 |
| 1162 | t0282177 | Current | 2,660.75 | 0.00 | 200.00 | 1,691.20 | 769.55 | 0.00 | 2,660.75 |
| 1166 | t0282181 | Current | 472.28 | 0.00 | 200.00 | 272.28 | 0.00 | 0.00 | 472.28 |
| 1167 | t0282182 | Current | 8.39 | 0.00 | 8.39 | 0.00 | 0.00 | 0.00 | 8.39 |
| 1171 | t0282184 | Current | 299.56 | 0.00 | 215.00 | 84.56 | 0.00 | 0.00 | 299.56 |
| 1201 | t0297266 | Current | 300.00 | 0.00 | 300.00 | 0.00 | 0.00 | 0.00 | 300.00 |
| 1203 | t0312873 | Current | 1,816.50 | 0.00 | 200.00 | 1,616.50 | 0.00 | 0.00 | 1,816.50 |
| 1205 | t0282201 | Current | 2,316.20 | 0.00 | 700.00 | 1,616.20 | 0.00 | 0.00 | 2,316.20 |
| 1273 | t0292958 | Current | 1,564.03 | 0.00 | 200.00 | 1,364.03 | 0.00 | 0.00 | 1,564.03 |
| 1281 | t0282215 | Current | 15.32 | 0.00 | 0.00 | 15.32 | 0.00 | 0.00 | 15.32 |
| **Total 8britt - Britain Village** | | | **16,132.62** | **0.00** | **2,633.39** | **10,953.19** | **1,587.03** | **959.01** | **16,132.62** |
| **Grand Total** | | | **16,132.62** | **0.00** | **2,633.39** | **10,953.19** | **1,587.03** | **959.01** | **16,132.62** |