## Statement (12 months)

Period = Jan 2026
Book = Cash

|  |  | Jan 2026 | Total |
|---|---|---:|---:|
| **1-5010-0000** | **REVENUE** | | |
| 1-5100-0000 | RENT REVENUE | | |
| 1-5110-0000 | GROSS POTENTIAL RENT | | |
| 1-5300-0000 | Market Rent | 99,780.00 | 99,780.00 |
| 1-5310-0000 | Gain (Loss) on Market Rent | -1,536.00 | -1,536.00 |
| 1-5319-9999 | GROSS POTENTIAL RENT | 98,244.00 | 98,244.00 |
| 1-5610-0000 | Less: Vacancy | -14,815.97 | -14,815.97 |
| 1-5640-0000 | Less: Employee Units | -819.00 | -819.00 |
| 1-5650-0000 | Less: Concessions (Move Ins) | -500.00 | -500.00 |
| 1-5660-0000 | Change in Delinquency | -9,208.24 | -9,208.24 |
| 1-5730-0000 | Plus: Prepaid Rent | -172.83 | -172.83 |
| 1-5799-9000 | NET RENT REVENUE | 72,727.96 | 72,727.96 |
| 1-5800-1000 | OTHER REVENUE | | |
| 1-5820-0000 | Month To Month Fee | -106.45 | -106.45 |
| 1-5840-0000 | Application Fees | 50.00 | 50.00 |
| 1-5845-0000 | Late Fees | 3,343.72 | 3,343.72 |
| 1-5848-0000 | Damage Waiver Fee | 834.68 | 834.68 |
| 1-5850-0000 | NSF Fees | 24.08 | 24.08 |
| 1-5863-0000 | Trash Income | 542.09 | 542.09 |
| 1-5864-0000 | Water Income | 7,275.03 | 7,275.03 |
| 1-5868-0000 | Pest Control Income | 281.23 | 281.23 |
| 1-5990-1000 | TOTAL OTHER REVENUE | 12,244.38 | 12,244.38 |
| **1-5999-0000** | **TOTAL REVENUE** | **84,972.34** | **84,972.34** |
| **1-6000-0000** | **EXPENSES** | | |
| 1-6100-0000 | REPAIRS & MAINTENANCE | | |
| 1-6110-2100 | Make Ready Supplies | 1,739.46 | 1,739.46 |

## Statement (12 months)

Period = Jan 2026
Book = Cash

| Account | Description | Jan 2026 | Total |
|---|---|---:|---:|
| 1-6110-2110 | Make Ready Painting | 1,825.00 | 1,825.00 |
| 1-6110-2200 | Make Ready - Unit Cleans | 150.00 | 150.00 |
| 1-6120-0000 | Exterminating Contract | 250.00 | 250.00 |
| 1-6130-3000 | Maintenance Supplies & Repairs | 6.57 | 6.57 |
| 1-6150-1500 | Fire Safety | 1,947.88 | 1,947.88 |
| 1-6190-0000 | Landscape Maintenance | 1,700.00 | 1,700.00 |
| 1-6199-9999 | TOTAL REPAIRS & MAINTENANCE | 7,618.91 | 7,618.91 |
| | | | |
| 1-6210-0000 | SALARIES | | |
| 1-6211-0000 | Salaries - Regular | 12,091.23 | 12,091.23 |
| 1-6232-0000 | Bonuses | 636.66 | 636.66 |
| 1-6233-0000 | Overtime Pay | 493.28 | 493.28 |
| 1-6250-0100 | Payroll Taxes | 1,194.31 | 1,194.31 |
| 1-6250-0200 | Insurance Benefits | 259.00 | 259.00 |
| 1-6250-0400 | Workers Compensation Premium | 284.19 | 284.19 |
| 1-6250-0600 | Other Payroll Expenses | 412.21 | 412.21 |
| 1-6250-9999 | TOTAL SALARIES | 15,370.88 | 15,370.88 |
| | | | |
| 1-6300-0000 | UTILITY EXPENSES | | |
| 1-6310-0000 | Electric Common Area | 194.94 | 194.94 |
| 1-6311-0000 | Electric Vacant | 620.15 | 620.15 |
| 1-6330-0000 | Water Common Area | 8,250.00 | 8,250.00 |
| 1-6399-0000 | TOTAL UTILITIES | 9,065.09 | 9,065.09 |
| | | | |
| 1-6510-0000 | LEASING & MARKETING | | |
| 1-6510-0140 | ADV-Internet | 224.95 | 224.95 |
| 1-6510-1000 | ADV- 3rd Party Advertising | 1,187.00 | 1,187.00 |
| 1-6510-9999 | TOTAL LEASING & MARKETING | 1,411.95 | 1,411.95 |
| | | | |
| 1-6520-0000 | ADMINISTRATIVE EXPENSES | | |
| 1-6520-0100 | Accounting Services | 476.00 | 476.00 |
| 1-6520-0150 | Banking Fees | 824.28 | 824.28 |
| 1-6520-0230 | Employee Training & Education | 58.19 | 58.19 |
| 1-6520-0281 | Software Fees | 1,937.42 | 1,937.42 |

## Statement (12 months)

Period = Jan 2026
Book = Cash

|  |  | Jan 2026 | Total |
|---|---|---:|---:|
| 1-6520-0300 | Office Supplies | 370.93 | 370.93 |
| 1-6520-9999 | TOTAL ADMINISTRATIVE EXPENSES | 3,666.82 | 3,666.82 |
|  |  |  |  |
| **1-6529-9999** | **TOTAL CONTROLLABLE EXPENSES** | **37,133.65** | **37,133.65** |
|  |  |  |  |
| 1-6530-0010 | MANAGEMENT FEES |  |  |
| 1-6530-0100 | Management Fee | 4,043.59 | 4,043.59 |
| 1-6530-9999 | TOTAL MANAGEMENT FEE | 4,043.59 | 4,043.59 |
|  |  |  |  |
| **1-7990-0000** | **TOTAL OPERATING EXPENSES** | **41,177.24** | **41,177.24** |
|  |  |  |  |
| **1-7999-0000** | **NET OPERATING INCOME** | **43,795.10** | **43,795.10** |
|  |  |  |  |
| 1-8000-4000 | CAPITAL ITEMS |  |  |
| 1-8140-0000 | Building Interior Upgrades | 1,600.00 | 1,600.00 |
| 1-8999-9000 | TOTAL CAPITAL ITEMS | 1,600.00 | 1,600.00 |
|  |  |  |  |
| 1-9100-0000 | DEBT SERVICE |  |  |
| 1-9110-0000 | 1st Mortgage Interest | 15,654.21 | 15,654.21 |
| 1-9169-9000 | TOTAL DEBT SERVICE | 15,654.21 | 15,654.21 |
|  |  |  |  |
| 1-9170-1000 | NON OPERATING ITEMS |  |  |
| 1-9180-1000 | Asset Management Fees | 1,797.15 | 1,797.15 |
| 1-9198-9999 | TOTAL NON OPERATING ITEMS | 1,797.15 | 1,797.15 |
|  |  |  |  |
| **1-9199-9999** | **NET INCOME (LOSS) BEFORE TAX ADJ** | **24,743.74** | **24,743.74** |
|  |  |  |  |
| **1-9500-0000** | **NET INCOME (LOSS)** | **24,743.74** | **24,743.74** |

Thursday, February 19, 2026
04:13 PM