# Payables Aging Report

Page 1

8britt

Period: 01/2026

As of : 01/31/2026

| Property Code | Property Name | Payee Code | Payee Name | Current Owed | 0-30 Owed | 31-60 Owed | 61-90 Owed | Over 90 Owed |
|---|---|---|---|---|---|---|---|---|
| 8britt | Britain Village | | | | | | | |
| | | 8pl1tomplumb | Initech Plumbing LLC dba 1-Tom-Plumber Lawrenceville | 976.00 | 0.00 | 0.00 | 0.00 | 976.00 |
| | | 8pl44applian | 44 Appliance & Supply Company, Inc. | 8,907.80 | 0.00 | 0.00 | 0.00 | 8,907.80 |
| | | 8pla1fire | A-1 Fire Extinguisher, Inc. | 10.00 | 0.00 | 0.00 | 0.00 | 10.00 |
| | | 8plapart247 | Apartments 24-7.com | 449.90 | 0.00 | 0.00 | 0.00 | 449.90 |
| | | 8plapartcom | Apartments.com | 778.00 | 0.00 | 0.00 | 0.00 | 778.00 |
| | | 8plbanyanuti | Banyan Utility | 206.00 | 0.00 | 0.00 | 0.00 | 206.00 |
| | | 8plbetter | BetterNOI | 241.00 | 0.00 | 0.00 | 0.00 | 241.00 |
| | | 8plchadwell | Chadwell Supply, Inc. | 5,180.17 | 0.00 | 0.00 | 0.00 | 5,180.17 |
| | | 8plclean2gos | Clean 2 Go Services LLC | 32,315.00 | 0.00 | 0.00 | 0.00 | 32,315.00 |
| | | 8plcssserv | CSS Services, Inc. | 20.00 | 0.00 | 0.00 | 0.00 | 20.00 |
| | | 8pldiazgroup | Diaz Group LLC | 2,300.00 | 2,300.00 | 0.00 | 0.00 | 0.00 |
| | | 8plduenasdr | Duenas Drywall & Remodeling LLC | 4,155.00 | 0.00 | 0.00 | 0.00 | 4,155.00 |
| | | 8plellismgt | Ellis Management Services, Inc | 1,132.22 | 0.00 | 0.00 | 0.00 | 1,132.22 |
| | | 8plevolution | Evolution Reinforcing | 48,373.70 | 0.00 | 0.00 | 0.00 | 48,373.70 |
| | | 8plgracehill | Grace Hill | 70.45 | 70.45 | 0.00 | 0.00 | 0.00 |
| | | 8plgwntcwr | Gwinnett County Water Resources | 60,957.10 | 6,661.47 | 0.00 | 0.00 | 54,295.63 |
| | | 8plhdsupply | HD Supply Facilities Maintenance | 1,494.53 | 0.00 | 0.00 | 0.00 | 1,494.53 |
| | | 8pljacksonem | Jackson EMC | 5,493.96 | 1,053.89 | 0.00 | 0.00 | 4,440.07 |
| | | 8pllandmgmt | Landscape Management Services, Inc | 7,500.00 | 0.00 | 0.00 | 0.00 | 7,500.00 |
| | | 8plmegeneral | M&B General Contractors LLC | 18,645.00 | 0.00 | 0.00 | 0.00 | 18,645.00 |
| | | 8plprosperit | Prosperity Capital Partners | 3,671.41 | 1,699.45 | 0.00 | 0.00 | 1,971.96 |
| | | 8plradixsoft | Radix Software, Inc | 130.10 | 0.00 | 0.00 | 0.00 | 130.10 |
| | | 8plrentersre | Dispo Depot LLC dba Renters Reference Services | 9,743.00 | 0.00 | 0.00 | 0.00 | 9,743.00 |
| | | 8plrentgroup | Rent Group Inc. | 1,945.87 | 0.00 | 0.00 | 0.00 | 1,945.87 |
| | | 8plreynoldsr | Reynolds Restoration Group | 1,030.00 | 0.00 | 0.00 | 0.00 | 1,030.00 |
| | | 8plrobphein | Robert P. Hein, PC | 1,175.50 | 0.00 | 0.00 | 0.00 | 1,175.50 |
| | | 8plsesmasts | Sesmas Tree Service LLC | 2,500.00 | 0.00 | 0.00 | 0.00 | 2,500.00 |
| | | 8plsuperhero | SuperHero Fire Protection | 250.00 | 0.00 | 0.00 | 0.00 | 250.00 |
| | | 8pltitanpest | Titan Pest Solutions, Inc | 250.00 | 0.00 | 0.00 | 0.00 | 250.00 |

# Payables Aging Report

8britt

Period: 01/2026

As of : 01/31/2026

| Property Code | Property Name | Payee Code | Payee Name | Current Owed | 0-30 Owed | 31-60 Owed | 61-90 Owed | Over 90 Owed |
|---|---|---|---|---:|---:|---:|---:|---:|
| | | 8plus | Premier Living US LLC | 8,260.68 | 3,823.76 | 0.00 | 0.00 | 4,436.92 |
| | | 8plwastem | Waste Management of Atlanta | 12,171.68 | 3,335.97 | 0.00 | 0.00 | 8,835.71 |
| | | alphackserv | Alpha Creek Services LLC | 476.00 | 476.00 | 0.00 | 0.00 | 0.00 |
| | | t0282174 | Jones | 81.82 | 0.00 | 0.00 | 0.00 | 81.82 |
| | | t0282183 | Londa | 32.62 | 0.00 | 0.00 | 0.00 | 32.62 |
| | | t0282787 | Difour Vilorio | 34.18 | 0.00 | 0.00 | 0.00 | 34.18 |
| **Total 8britt** | | | | **240,958.69** | **19,420.99** | **0.00** | **0.00** | **221,537.70** |
| | | | | | | | | |
| **Grand Total** | | | | **240,958.69** | **19,420.99** | **0.00** | **0.00** | **221,537.70** |