# Commercial Business Checking

Account number: ▊▊▊▊▊7872 ■ January 1, 2026 - January 31, 2026 ■ Page 1 of 1



1291 BRITAIN DR PCPRE LLC
SECURITY DEPOSIT
DEBTOR IN POSSESSION
CH11 CASE #25-54940 (NGA)
12945 SEMINOLE BLVD STE A200
LARGO FL 33778-2319

## Questions?

Call your Customer Service Officer or Client Services
**1-800-AT WELLS** (1-800-289-3557)
5:00 AM TO 6:00 PM Pacific Time Monday - Friday

Online: wellsfargo.com

Write:  Wells Fargo Bank, N.A. (287)
P.O. Box 6995
Portland, OR  97228-6995

# Account summary

## Commercial Business Checking

| Account number | Beginning balance | Total credits | Total debits | Ending balance |
|---|---|---|---|---|
| ▊▊▊▊7872 | $16,690.00 | $0.00 | $0.00 | $16,690.00 |

## Daily ledger balance summary

| Date | Balance |
|---|---|
| 12/31 | 16,690.00 |

**Average daily ledger balance**     $16,690.00

---

**Provision of Emergency Services to Wells Fargo Visa Debit Card Holders**

We provide certain emergency services to our Wells Fargo Visa Debit Card holders, including a cardholder inquiry service, emergency card replacement, and lost/stolen card reporting. To obtain emergency services related to your Wells Fargo Visa Debit Card, please call the toll-free or international collect-call telephone number on the back of your card.

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.