# WellsOne® Account 

Account number: 1XXXXXX7469 ▪ January 1, 2026 - January 31, 2026 ▪ Page 1 of 3

1291 BRITAIN DR PCPRE LLC
OPERATING ACCOUNT
DEBTOR IN POSSESSION
CH11 CASE #25-54940 (NGA)
12945 SEMINOLE BLVD STE A200
LARGO FL 33778-2319

**Questions?**

Call your Customer Service Officer or Client Services
**1-800-AT WELLS** (1-800-289-3557)
5:00 AM TO 6:00 PM Pacific Time Monday - Friday

Online: wellsfargo.com

Write:  Wells Fargo Bank, N.A. (287)
North Florida Jacksonville Rcbo
255 Water St
Jacksonville, FL 32202

# Account summary

## WellsOne® Account

| Account number | Beginning balance | Total credits | Total debits | Ending balance |
|---|---|---|---|---|
| XXXX7469 | $85,087.64 | $85,208.92 | -$92,598.60 | $77,697.96 |

# Credits

### Electronic deposits/bank credits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 01/02 | 5,538.40 | Sakopartners-8Br Settlement 010226 000025902654830 Yardi Process Master 1 |
| | 01/05 | 1,686.00 | Sakopartners-8Br Settlement 010526 000025920922410 Yardi Process Master 1 |
| | 01/05 | 3,186.90 | Sakopartners-8Br Settlement 010526 000025921403890 Yardi Process Master 1 |
| | 01/05 | 3,206.10 | Sakopartners-8Br Settlement 010526 000025937417202 Yardi Process Master 1 |
| | 01/06 | 150.32 | Yardi Card Dep 8Britttran 010626 xxxxx5528 8Britt-Sako and Partne |
| | 01/06 | 182.92 | Yardi Card Dep 8Britttran 010626 xxxxx5334 8Britt-Sako and Partne |
| | 01/06 | 1,425.00 | Sakopartners_Tpp Settlement 010626 000025955610118 Sako and Partners Lowe |
| | 01/06 | 1,761.20 | Sakopartners-8Br Settlement 010626 000025950081678 Yardi Process Master 1 |
| | 01/07 | 1,491.20 | Flex Rent 260107 Ya2246133139722 Yardi Ya2246133139722 |
| | 01/07 | 1,761.20 | Sakopartners-8Br Settlement 010726 000025964475198 Yardi Process Master 1 |
| | 01/07 | 3,096.80 | Yardi Card Dep 8Britttran 010726 xxxxx3989 8Britt-Sako and Partne |
| | 01/07 | 4,519.00 | Sakopartners-8Br Settlement 010726 000025964742230 Yardi Process Master 1 |
| | 01/07 | 4,863.30 | Flex Rent 260107 Ya4835990162007 Yardi Ya4835990162007 |
| | 01/07 | 6,048.60 | Yardi Card Dep 8Britttran 010726 xxxxx6125 8Britt-Sako and Partne |
| | 01/07 | 9,586.30 | Yardi Card Dep 8Britttran 010726 xxxxx3515 8Britt-Sako and Partne |
| | 01/08 | 1,686.00 | Sakopartners-8Br Settlement 010826 000025976067886 Yardi Process Master 1 |
| | 01/08 | 3,152.00 | Yardi Card Dep 8Britttran 010826 xxxxx6943 8Britt-Sako and Partne |
| | 01/08 | 3,342.00 | Flex Rent 260108 Ya1712262159074 Yardi Ya1712262159074 |
| | 01/08 | 3,366.80 | Flex Rent 260108 Ya3244587555503 Yardi Ya3244587555503 |
| | 01/09 | 1,219.28 | Yardi Card Dep 8Britttran 010926 xxxxx9365 8Britt-Sako and Partne |
| | 01/13 | 1,760.00 | Sakopartners-8Br Settlement 011326 000026010273710 Yardi Process Master 1 |
| | 01/14 | 1,425.00 | Sakopartners-8Br Settlement 011426 000026019069866 Yardi Process Master 1 |
| | 01/15 | 3,682.40 | Yardi Card Dep 8Britttran 011526 xxxxx1222 8Britt-Sako and Partne |
| | 01/16 | 1,800.00 | Sakopartners-8Br Settlement 011626 000026034878374 Yardi Process Master 1 |

Case 25-54940-lrc    Doc 84-7    Filed 02/24/26    Entered 02/24/26 17:53:48    Desc
Bank Account Page 2 of 3

Account number:  ■■■■■■7469 ■  January 1, 2026 - January 31, 2026  ■  Page 2 of 3



### Electronic deposits/bank credits *(continued)*

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---:|---|
| | 01/20 | 1,841.50 | Yardi Card Dep 8Britttran 012026 xxxxx1160 8Britt-Sako and Partne |
| | 01/20 | 2,186.50 | Sakopartners-8Br Settlement 012026 000026044003202 Yardi Process Master 1 |
| | 01/21 | 2,191.20 | Yardi Card Dep 8Britttran 012126 xxxxx2752 8Britt-Sako and Partne |
| | 01/21 | 3,490.00 | Sakopartners-8Br Settlement 012126 000026061927514 Yardi Process Master 1 |
| | 01/26 | 2,000.00 | Sakopartners-8Br Settlement 012626 000026087328522 Yardi Process Master 1 |
| | 01/28 | 3,563.00 | Yardi Card Dep 8Britttran 012826 xxxxx7114 8Britt-Sako and Partne |
| | | **$85,208.92** | **Total electronic deposits/bank credits** |
| | | **$85,208.92** | **Total credits** |

## Debits

### Electronic debits/bank debits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---:|---|
| | 01/02 | 1,030.00 | ACH Prep Origintn - 1291 Britain Dr - File 7878782339 Coid 3853304799 |
| | 01/02 | 1,700.00 | ACH Prep Origintn - 1291 Britain Dr - File 7878782339 Coid 3853304799 |
| | 01/02 | 1,975.00 | ACH Prep Origintn - 1291 Britain Dr - File 7878782339 Coid 3853304799 |
| | 01/02 | 7,647.50 | ACH Prep Origintn - P8Britt01-02-26 - File 7878782339 Coid 3853304799 |
| | 01/02 | 3,309.30 | Waste Management Payment 251231 000236148393001 Log IN to The My WM Account Page for Payment Deta |
| | 01/02 | 46,688.00 | Greystoneselect Sweb Pymnt 1169420707 Britain Village |
| | 01/08 | 1,600.00 | ACH Prep Origintn - 1291 Britain Dr - File 7878782339 Coid 3853304799 |
| | 01/08 | 1,679.68 | ACH Prep Origintn - 1291 Britain Dr - File 7878782339 Coid 3853304799 |
| | 01/08 | 1,797.15 | Online Transfer Xfer Britain to Pcp Am Fees Jan 26 Ref #Bb0Wdmsvjl |
| | 01/08 | 4,043.59 | ACH Prep Origintn - 1291 Britain Dr - File 7878782339 Coid 3853304799 |
| | 01/09 | 155.60 | Gwinnett Cty Gov Dwr Online 260109 008912299799 1291 Britain Dr Pcpre |
| | 01/09 | 158.63 | Gwinnett Cty Gov Dwr Online 260109 008912299647 1291 Britain Dr Pcpre |
| | 01/09 | 189.05 | Gwinnett Cty Gov Dwr Online 260109 008912299728 1291 Britain Dr Pcpre |
| | 01/09 | 190.58 | Gwinnett Cty Gov Dwr Online 260109 008912299805 1291 Britain Dr Pcpre |
| | 01/09 | 234.68 | Gwinnett Cty Gov Dwr Online 260109 008912299669 1291 Britain Dr Pcpre |
| | 01/09 | 245.34 | Gwinnett Cty Gov Dwr Online 260109 008912299676 1291 Britain Dr Pcpre |
| | 01/09 | 254.46 | Gwinnett Cty Gov Dwr Online 260109 008912299732 1291 Britain Dr Pcpre |
| | 01/09 | 295.52 | Gwinnett Cty Gov Dwr Online 260109 008912299781 1291 Britain Dr Pcpre |
| | 01/09 | 321.39 | Gwinnett Cty Gov Dwr Online 260109 008912299772 1291 Britain Dr Pcpre |
| | 01/09 | 405.04 | Gwinnett Cty Gov Dwr Online 260109 008912299778 1291 Britain Dr Pcpre |
| | 01/09 | 430.90 | Gwinnett Cty Gov Dwr Online 260109 008912299660 1291 Britain Dr Pcpre |
| | 01/09 | 435.46 | Gwinnett Cty Gov Dwr Online 260109 008912299673 1291 Britain Dr Pcpre |
| | 01/09 | 478.04 | Gwinnett Cty Gov Dwr Online 260109 008912299807 1291 Britain Dr Pcpre |
| | 01/09 | 875.03 | Gwinnett Cty Gov Dwr Online 260109 008912299752 1291 Britain Dr Pcpre |
| | 01/09 | 1,066.68 | Gwinnett Cty Gov Dwr Online 260109 008912299809 1291 Britain Dr Pcpre |
| | 01/09 | 1,214.22 | Gwinnett Cty Gov Dwr Online 260109 008912299753 1291 Britain Dr Pcpre |
| | 01/09 | 1,299.38 | Gwinnett Cty Gov Dwr Online 260109 008912299690 1291 Britain Dr Pcpre |
| | 01/12 | 824.28 | Client Analysis Srvc Chrg 260109 Svc Chge 1225 000007176367469 |
| | 01/12 | 16.50 < | Business to Business ACH Debit - Alpha Creek Op Cash Con 011226 Pcpre Britian Village |
| | 01/12 | 306.00 < | Business to Business ACH Debit - Alpha Creek Op Cash Con 011226 Pcpre Britian Village |

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.



### Electronic debits/bank debits (continued)

| Effective date | Posted date | Amount | | Transaction detail |
|---|---|---:|---|---|
| | 01/12 | 476.00 | < | Business to Business ACH Debit - Alpha Creek Op Cash Con 011226 Pcpre Britian Village |
| | 01/16 | 8,094.31 | | ACH Prep Origintn - P8Britt01-16-26 - File 7878782339 Coid 3853304799 |
| | 01/26 | 325.40 | | Online Transfer Xfer Bv to Carol Cover Amazon Ref #Bb0Wlwhbhf |
| | 01/26 | 224.95 | < | Business to Business ACH Debit - Apartments24-7.C Sale 260124 1291 Britain Dr Pcpre |
| | 01/30 | 29.00 | | ACH Prep Origintn - 1291 Britain Dr - File 7878782339 Coid 3853304799 |
| | 01/30 | 250.00 | | ACH Prep Origintn - 1291 Britain Dr - File 7878782339 Coid 3853304799 |
| | 01/30 | 592.48 | | Online Transfer Xfer Bv to Pcp CC Extinguishers Ref #Bb0Wnhsj28 |
| | 01/30 | 1,739.46 | | Online Transfer Xfer Bv to Pcp CC Pay Hvac Ref #Bb0Wnhbp7N |
| | | **$92,598.60** | | **Total electronic debits/bank debits** |
| | | **$92,598.60** | | **Total debits** |

< **Business to Business ACH:**  If this is a business account, this transaction has a return time frame of one business day from post date.  This time frame does not apply to consumer accounts.

## Daily ledger balance summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---:|---|---:|---|---:|
| 12/31 | 85,087.64 | 01/09 | 66,636.74 | 01/20 | 69,615.05 |
| 01/02 | 28,276.24 | 01/12 | 65,013.96 | 01/21 | 75,296.25 |
| 01/05 | 36,355.24 | 01/13 | 66,773.96 | 01/26 | 76,745.90 |
| 01/06 | 39,874.68 | 01/14 | 68,198.96 | 01/28 | 80,308.90 |
| 01/07 | 71,241.08 | 01/15 | 71,881.36 | 01/30 | 77,697.96 |
| 01/08 | 73,667.46 | 01/16 | 65,587.05 | | |

**Average daily ledger balance**     $65,831.71

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.