# WellsOne® Account



Account number: ███████7477 ∎ January 1, 2026 - January 31, 2026 ∎ Page 1 of 1

1291 BRITAIN DR PCPRE LLC
RENOVATION ACCOUNT
DEBTOR IN POSSESSION
CH11 CASE #25-54940 (NGA)
12945 SEMINOLE BLVD STE A200
LARGO FL 33778-2319

**Questions?**

Call your Customer Service Officer or Client Services
**1-800-AT WELLS** (1-800-289-3557)
5:00 AM TO 6:00 PM Pacific Time Monday - Friday

*Online:* wellsfargo.com

Write: Wells Fargo Bank, N.A. (287)
North Florida Jacksonville Rcbo
255 Water St
Jacksonville, FL 32202

## Account summary

### WellsOne® Account

| Account number | Beginning balance | Total credits | Total debits | Ending balance |
|---|---|---|---|---|
| ███████7477 | $4,647.87 | $0.00 | $0.00 | $4,647.87 |

### Daily ledger balance summary

| Date | Balance |
|---|---|
| 12/31 | 4,647.87 |
| **Average daily ledger balance** | **$4,647.87** |

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.