**IT IS ORDERED as set forth below:**

**Date: November 3, 2026**

**Lisa Ritchey Craig**
**U.S. Bankruptcy Court Judge**

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | **CHAPTER 11** |
| **1291 BRITAIN DR PCPRE, LLC,** | ) | |
| | ) | **CASE NO. 25-54940-lrc** |
| **Debtor.** | ) | |
| | ) | |

**FINAL DECREE**

WHEREAS, on May 5, 2025 (the "**Petition Date**"), 1291 Britain Dr PCPRE, LLC, debtor and debtor-in-possession (the "**Debtor**") filed with the Court a voluntary petition for relief under Chapter 11 of the Bankruptcy Code; and

WHEREAS, on March 16, 2026, the Debtor filed its First Amended Joint Plan of Liquidation (the "**Plan**") [Dkt. No. 90]; and

WHEREAS, on May 6, 2026, the Court entered an Order Confirming First Amended Joint Plan of Liquidation [Dkt. No. 114]. Pursuant to the terms of the Plan, the Plan became effective on June 12, 2026; and

WHEREAS, the Debtor has reported to this Court that it has substantially consummated the Plan, and the Debtor has requested that a Final Decree be entered closing the case; and

WHEREAS, Federal Rule of Bankruptcy Procedure 3022 provides for the entry of such Final Decree; it is therefore

ORDERED that the Final Report of the Debtor is APPROVED and the Request for Final Decree be and is hereby GRANTED. The Debtor's Chapter 11 case is hereby closed.

**[END OF DOCUMENT]**

Prepared and presented by:

SCROGGINS, WILLIAMSON & RAY, P.C.

/s/ J. Hayden Kepner, Jr.

J. ROBERT WILLIAMSON
Georgia Bar No. 765214
J. HAYDEN KEPNER, JR.
Georgia Bar No. 416616
4401 Northside Parkway, Suite 230
Atlanta, GA 30327
T: (404) 893-3880
F: (404) 893-3886
E: rwilliamson@swlawfirm.com
hkepner@swlawfirm.com

*Counsel for the Debtor*

**DISTRIBUTION LIST**

Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

J. Hayden Kepner, Jr.
Scroggins, Williamson & Ray, P.C.
4401 Northside Parkway
Suite 230
Atlanta, GA 30327